UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 JAN 27  P 1:47

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| TIANA ARMSTRONG<br>*Plaintiff*, | : CIV. NO. 3:02CV2264 (AVC)<br>:<br>: |
| v. | : |
| STATE OF CONNECTICUT,<br>DEPARTMENT OF SOCIAL SERVICES,<br>*Defendant*. | :<br>: JANUARY 26, 2004 |

## MOTION TO MODIFY SCHEDULING ORDER

The Defendant, State of Connecticut, Department of Social Services, respectfully requests a Modification of the Scheduling Order of February 20, 2003, setting forth discovery deadlines in the above captioned matter. In support of this Motion, the Defendant represent as follows:

1. This is an employment discrimination case in which the Plaintiff, a former employee of the State of Connecticut, Department of Social Services, contends that the Defendant violated 42 U.S.C. § 1983, Title VII, and CFEPA.

2. The parties submitted a Report of Parties Planning Meeting dated February 20, 2003.

3. The previous order set forth the following deadlines:

    (a) Discovery shall be completed by March 1, 2004;

    (b) Dispositive motions, if any, shall be filed on or before April 1, 2004.

4. The parties need an additional sixty (60) days until May 3, 2004, to complete discovery.

5. The Defendant needs an additional sixty (60) days until June 1, 2004, for the filing of dispositive motions, if any.

6.	The above-referenced case is both complex and voluminous and the Defendant needs the requested period of time in order to effectively complete discovery.

7.	This is the first motion for the modification of the scheduling order requesting for enlargement of time.

8.	Counsel for the Plaintiff, Barbara E. Gardner, Esq., has no objection to this Motion.

WHEREFORE, for all the foregoing reasons, the Defendant moves for the above Modification to the Scheduling Order.

DEFENDANT
State of Connecticut,
Department of Social Services

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:	_____
Tammy D. Geathers
Assistant Attorney General
Fed. Bar No. ct22426
P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
Email: Tammy.Geathers@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the following **Motion to Modify Scheduling Order** was mailed this 26th day of January, 2004, first class postage prepaid, to all counsel and/or pro se parties, in accordance with Conn. Prac. Bk. § 120.

Barbara E. Gardner, Esq.
843 Main Street
Suite 1-4
Manchester, CT 06040
Tel.: (860) 643-5543
Fax: (860) 645-9554

　　　　　　　　　　　　　　　　　　　　　　　　Tammy D. Geathers
　　　　　　　　　　　　　　　　　　　　　　　　Assistant Attorney General