# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| TIANA ARMSTRONG<br>*Plaintiff*, | : CIV. NO. 3:02CV2264 (AVC) |
| v. | : |
| STATE OF CONNECTICUT,<br>DEPARTMENT OF SOCIAL SERVICES,<br>*Defendant*. | : JANUARY 26, 2004 |

## MOTION TO MODIFY SCHEDULING ORDER

The Defendant, State of Connecticut, Department of Social Services, respectfully requests a Modification of the Scheduling Order of February 20, 2003, setting forth discovery deadlines in the above captioned matter. In support of this Motion, the Defendant represent as follows:

1. This is an employment discrimination case in which the Plaintiff, a former employee of the State of Connecticut, Department of Social Services, contends that the Defendant violated 42 U.S.C. § 1983, Title VII, and CFEPA.

2. The parties submitted a Report of Parties Planning Meeting dated February 20, 2003.

3. The previous order set forth the following deadlines:

---

3:02CV2264(AVC). February 2, 2004. The motion to modify scheduling order (document no. 9) is GRANTED as follows: (1) **All** discovery, including depositions of **all** witnesses, shall be completed by May 3, 2004; (2) all motions, except motions *in limine* incident to a trial, shall be filed on or before June 1, 2004; (5) the parties shall file a joint trial memorandum in accordance with the pretrial order, which order shall accompany the jury selection calendar, and be sent to the parties on July 1, 2004; and (6) the case shall be ready for trial by August 1, 2004.
SO ORDERED.
      Alfred V. Covello, U.S.D.J.