UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TIANA ARMSTRONG,<br>　　Plaintiff<br><br>v.<br><br>STATE OF CONNECTICUT,<br>DEPARTMENT OF SOCIAL<br>SERVICES,<br>　　Defendants | :<br>:<br>:　CIVIL ACTION NO.<br>:　302CV2264 (AVC)<br>:<br>:<br>:<br>:<br>:　April 23, 2004 |

**PLAINTIFF'S UNCONTESTED MOTION FOR
MODIFICATION OF SCHEDULING ORDER**

The plaintiff, pursuant to Fed. R. Civ. 6(b) and Local Rule 7(b), respectfully requests a modification of the scheduling order as follows.  Discovery, will be extended by 45 days to be completed by June 17, 2003.  Dispositive motions will be filed by July 16, 2004.

Good cause for such request exists as follows: Counsel have worked cooperatively throughout the discovery period thus far.  Plaintiff has propounded and defendant has responded to written discovery.  Plaintiff has noticed the depositions of four witnesses originally scheduled to be conducted during the week of March 22, which dates were not convenient for the witnesses or defense counsel.  The depositions were then rescheduled for the week of April 12, 2004.  On April 12, counsel for defendant notified the undersigned counsel for plaintiff that one of the witnesses had a medical emergency and would be unavailable on April 14 for her deposition.

Although counsel agreed to continue with the other depositions on April 13, 2004, during the afternoon of April 12, 2004, the undersigned counsel for plaintiff became ill with bronchitis, lost her voice, and as a result was unable to conduct the depositions of defendant's witnesses on April 13, 2004.  Counsel have now agreed to take the depositions during the week of May 3, 2004, including the previously scheduled witnesses as well as the plaintiff's deposition.

Unfortunately, it is possible that those dates may have to be rescheduled because the undersigned counsel's father is terminally ill and counsel's availability during the next few weeks and months is somewhat uncertain.  Therefore, counsel are requesting the additional time through the middle of June to insure that the depositions can be completed and we will not have to ask for further extensions.

This is plaintiff's first request for modification of the scheduling order.  Counsel for defendants have no objection to this request.

                                         THE PLAINTIFF, TIANA ARMSTRONG

                                         _____
                                         Barbara E. Gardner
                                         Attorney at Law
                                         843 Main Street, Suite 1-4
                                         Manchester, CT 06040
                                         Fed Bar No. ct07623
                                         (860) 643-5543
                                         (860)645-9554
                                         Bg@bgardnerlaw.com

3

Case 3:02-cv-02264-AVC     Document 12     Filed 04/26/2004     Page 3 of 4

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was mailed, postage prepaid, this [23rd] day of April, 2004, to:

Tammy D. Geathers
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

_____
Barbara E. Gardner