UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TIANA ARMSTRONG, | : | |
|     Plaintiff | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 302CV2264 (AVC) |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF SOCIAL | : | |
| SERVICES, | : | |
|     Defendant | : | April 23, 2004 |

**UNOPPOSED MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT
TO ADD ADDITIONAL DEFENDANTS**

Plaintiff, Tiana Armstrong, hereby moves pursuant to Fed. R. Civ. P. 15(a) for leave to amend the complaint to add additional defendants. In support of this Motion, plaintiff relies on the attached Memorandum of Law.

Counsel for defendant has no objection to this Motion. This is the first motion to amend the complaint to add additional defendants filed by plaintiff.

Plaintiff respectfully requests that this Motion be granted.

THE PLAINTIFF, TIANA ARMSTRONG

_____
Barbara E. Gardner
CT07623
843 Main St., Suite 1-4
Manchester, CT 06040
(860)643-5543
(860)645-9554(fax)
Bg@bgardnerlaw.com

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was mailed, postage prepaid, this [23rd] day of April, 2004, to:

Tammy D. Geathers
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

_____
Barbara E. Gardner