UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TIANA ARMSTRONG, | : | |
|     Plaintiff | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 302CV2264 (AVC) |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF SOCIAL | : | |
| SERVICES, | : | |
|     Defendant | : | April 23, 2004 |

**PLAINTIFF'S MEMORANDUM OF LAW IN SUPPPORT OF
MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

Plaintiff, Tiana Armstrong, submits this Memorandum of Law in support of her Motion for Leave to File an Amended Complaint to Add Additional Defendants.

**FACTS**

This is an action brought pursuant to 42 U.S.C. §1983, Title VII, and Conn. Gen. Stat. §46a-60 et seq.. The complaint was originally filed on December 20, 2002. The current discovery deadline is May 3, 2004, but plaintiff, with the consent of defendant has requested an additional 45 days by way of a Motion for Extension of Time filed concurrently with the Motion to Amend.

Plaintiff seeks leave to file an Amended Complaint to include individuals under the §1983 claim as is necessary in order to proceed on said claims against the defendant state agency. Plaintiff bases the amendment on facts set forth in the previous pleadings and additional facts that support the individual liability claims being

added.

## LEGAL ARGUMENT

Fed. R. Civ. P. 15(a) provides that "leave (to amend) shall be given when justice so requires". Where defendant has no objection, and where there is no prejudice to defendant, who has not conducted any discovery in this matter as of this date, this amendment should be permitted. Foman v. Davis, 371 U.S. 178, 182 (1962).

## CONCLUSION

For the foregoing reasons, plaintiff respectfully requests that this motion be granted.

THE PLAINTIFF, TIANA ARMSTRONG

_____
Barbara E. Gardner
CT07623
843 Main St., Suite 1-4
Manchester, CT 06040
(860)643-5543
(860)645-9554(fax)
Bg@bgardnerlaw.com

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was mailed, postage prepaid, this 23rd day of April, 2004, to:

Tammy D. Geathers
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

                                                          _____
                                                          Barbara E. Gardner