UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TIANA ARMSTRONG,<br>Plaintiff<br><br>v.<br><br>STATE OF CONNECTICUT,<br>DEPARTMENT OF SOCIAL<br>SERVICES,<br>Defendant | :<br>:<br>:  CIVIL ACTION NO.<br>:  302CV2264 (AVC)<br>:<br>:<br>:<br>:<br>:  April 23, 2004 |

## UNOPPOSED MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT TO ADD ADDITIONAL DEFENDANTS

Plaintiff, Tiana Armstrong, hereby moves pursuant to Fed. R. Civ. P. 15(a) for leave to amend the complaint to add additional defendants. In support of this Motion, plaintiff relies on the attached Memorandum of Law.

Counsel for defendant has no objection to this Motion. This is the first motion to amend the complaint to add additional defendants filed by plaintiff.

Plaintiff respectfully requests that this Motion be granted.

THE PLAINTIFF, TIANA ARMSTRONG

Barbara E. Gardner
CT07623
843 Main St., Suite 1-4
Manchester, CT 06040
(860)643-5543
(860)645-9554(fax)
Bg@bgardnerlaw.com

April 27, 2004. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.