UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TIANA ARMSTRONG,
    Plaintiff

v.

CIVIL ACTION NO.
302CV2264 (AVC)

STATE OF CONNECTICUT,
DEPARTMENT OF SOCIAL
SERVICES,
    Defendants

April 23, 2004

### PLAINTIFF'S UNCONTESTED MOTION FOR MODIFICATION OF SCHEDULIING ORDER

The plaintiff, pursuant to Fed. R. Civ. 6(b) and Local Rule 7(b), respectfully requests a modification of the scheduling order as follows. Discovery, will be extended by 45 days to be completed by June 17, 2003. Dispositive motions will be filed by July 16, 2004.

Good cause for such request exists as follows: Counsel have worked cooperatively throughout the discovery period thus far. Plaintiff has propounded and defendant has responded to written discovery. Plaintiff has noticed the depositions of

---

3:02CV2264(AVC). April 27, 2004. The motion to modify scheduling order (document no. 12) is GRANTED as follows: (1) <u>All</u> discovery, including depositions of <u>all</u> witnesses, shall be completed by June 17, 2004; (2) all motions, except motions <u>in limine</u> incident to a trial, shall be filed on or before July 19, 2004; (5) the parties shall file a joint trial memorandum in accordance with the pretrial order, which order shall accompany the jury selection calendar, and be sent to the parties on August 19, 2004; and (6) the case shall be ready for trial by October 1, 2004.
SO ORDERED.
                Alfred V. Covello, U.S.D.J.