AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

Tiana Armstrong

V.

Department of Social Services,
State of Connecticut

### SUMMONS IN A CIVIL CASE

CASE NUMBER:  302CV2264 (AVC)

TO: (Name and address of defendant)

Carol Scherer
3580 Main Street
Hartford, CT  06120

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Barbara E. Gardner
Attorney at Law
843 Main St.  , Ste. 1-4
Manchester, CT  06040

True Copy

By _____

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

KEVIN F. ROWE

_____
CLERK

_____
(BY) DEPUTY CLERK

JUN 1  2004

_____
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 6-8-04 |
|---|---|
| NAME OF SERVER (PRINT) Roblyn F Byron | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 843 Main St, Manchester, CT 06040

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6-8-04
_____
Date

_____
Signature of Server

843 Main St, Suite 1,
_____
Address of Server
Manchester, CT
06040

U.S. DISTRICT COURT
HARTFORD, CT.
2004 JUN 14 A 11:14

FILED