# United States District Court

_____ DISTRICT OF _____

Tiana Armstrong

V.

Department of Social Services,
State of Connecticut

SUMMONS IN A CIVIL CASE

CASE NUMBER: 302CV2264 (AVC)

TO: (Name and address of defendant)

Michele Farieri
270 Lafayette Street
New Britain, CT 06053

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Barbara E. Gardner
Attorney at Law
843 Main St. , Ste. 1-4
Manchester, CT 06040

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

KEVIN F. ROWE
CLERK

JUN 1 2004
DATE

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me | 6-9-04 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| ROBERT E. BYRN | ATTORNEY |

Check one box below to indicate appropriate method of service

[✓] Served personally upon the defendant. Place where served: 843 MAIN ST, MANCHESTER, CT 06040

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | | TOTAL |
|---|---|---|---|
| | | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6-9-04
        Date

Signature of Server

Address of Server: 843 MAIN ST, SUITE 1, MANCHESTER, CT 06040

FILED 2004 JUN 14 A 11:14 U.S. DISTRICT COURT

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.