UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TIANA ARMSTRONG, | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:02CV2264(AVC) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | | |
| DEPARTMENT OF SOCIAL SERVICES | : | |
| ET AL., | : | |
| *Defendants* | : | June 21, 2004 |

## MOTION FOR SECURITY FOR COSTS

Pursuant to Rule 83.3 of the Local Rules of Civil Procedure, the defendants hereby move for an order requiring the plaintiff, Tiana Armstrong, to post a bond as security for costs in the amount of five-hundred ($500.00) dollars.

DEFENDANTS,
STATE OF CONNECTICUT,
DEPARTMENT OF SOCIAL
SERVICES, ET AL.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Tammy D. Geathers
Assistant Attorney General
Federal Bar No. ct22426
55 Elm Street -- P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
Email:
Tammy.Geathers@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Motion for Security for Costs was mailed, first class postage prepaid, this 21st day of June, 2004, to:

Barbara E. Gardner, Esq.
843 Main Street, Suite 1-4
Manchester, CT  06040

_____
Tammy D. Geathers
Assistant Attorney General