# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | JUN 15 2004 |
| NAME OF SERVER (PRINT) ROBERT J BYRON | TITLE |

**FILED**
2004 JUN 22 A 11: 08
U.S. DISTRICT COURT
HARTFORD, CT

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 843 MAIN RD, MANCHESTER, CT 06040

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  JUN 15 - 2004
            Date

Signature of Server: [signature]

Address of Server: 843 MAIN ST, SUITE 1, MANCHESTER, CT 06040

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.