UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Tiana Armstrong

V.                          Case Number: 3:02cv2264(AVC)

State of CT Social Svc Dept, etal

ORDER RE: SECURITY BOND
-----------------------

The defendant(s):
State of CT Social Svc Dept, etal

in the above-entitled case having made application to the Clerk of Court for an order requiring the plaintiff(s) to deposit or file a bond with sufficient surety in the sum of $500.00 pursuant to Local Rule 83.3(a) of the Rules of Civil Procedure for the United States District of Connecticut.

It is ORDERED that the plaintiff(s) herein file a bond as security for costs in this action within thirty (30) days from this date.

Dated at Hartford, Connecticut, June 23, 2004.

KEVIN F. ROWE, CLERK

/s/ bpd
By: _____
    Bonnie P. D'Onofrio
    Deputy Clerk