UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TIANA ARMSTRONG, | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:02CV2264(AVC) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | | |
| DEPARTMENT OF SOCIAL SERVICES | : | |
| ET AL., | : | |
| *Defendants* | : | July 8, 2004 |

## MOTION FOR MODIFICATION OF SCHEDULING ORDER

COMES NOW the defendants, through counsel, respectfully requesting for an order to modify the existing Scheduling order to extend the time forty five (45) days for filing of dispositive motions to September 2, 2004. In support of their motion, the defendants represent as follows:

1.  The current Scheduling Order set the deadline for filing of dispositive motions for July 19, 2004 (Doc. # 16).

2.  The undersigned has an extremely heavy caseload, including but not limited to having a second summary judgment due in federal court during the same time span in which this dispositive motion is due.

3.  The plaintiff will not be prejudiced by the delay.

4.  This is the defendants' second request for modification of the Scheduling Order.

5.  Pursuant to Local Rule 7(b), the undersigned caused plaintiff's counsel, Barbara Gardner, Esq., to be contacted and she has NO OBJECTION to this motion.

WHEREFORE, the defendants respectfully request a modification of the Scheduling order, extending the deadline for filing of dispositive motions to September 2, 2004.

                        DEFENDANTS,
                        STATE OF CONNECTICUT,
                        DEPARTMENT OF SOCIAL
                        SERVICES, ET AL.

                        RICHARD BLUMENTHAL
                        ATTORNEY GENERAL

BY: _____
       Tammy D. Geathers
       Assistant Attorney General
       Federal Bar No. ct22426
       55 Elm Street -- P.O. Box 120
       Hartford, CT  06141-0120
       Tel: (860) 808-5340
       Fax: (860) 808-5383
       Email:
       Tammy.Geathers@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Motion for Modification of Scheduling Order was mailed, first class postage prepaid, this 8th day of July, 2004, to:

Barbara E. Gardner, Esq.
843 Main Street, Suite 1-4
Manchester, CT  06040

_____
Tammy D. Geathers
Assistant Attorney General

2