

26

FILED

2004 JUL -9 A 8: 12

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TIANA ARMSTRONG, | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:02CV2264(AVC) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF SOCIAL SERVICES | : | |
| ET AL., | : | |
| *Defendants* | : | July 8, 2004 |

### MOTION FOR MODIFICATION OF SCHEDULING ORDER

COMES NOW the defendants, through counsel, respectfully requesting for an order to modify the existing Scheduling order to extend the time forty five (45) days for filing of dispositive motions to September 2, 2004. In support of their motion, the defendants represent as follows:

1.    The current Scheduling Order set the deadline for filing of dispositive motions for July 19, 2004 (Doc. # 16).

2.    The undersigned has an extremely heavy caseload, including but not limited to having a second summary judgment due in federal court during the same time span in which this dispositive motion is due.

3.    The plaintiff will not be prejudiced by the delay.

FILED 2004 JUL 12 P 4: 33 U.S. DISTRICT COURT HARTFORD, CT.

---

3:02CV2264(AVC).  July 12, 2004.  The defendants' motion to modify
the scheduling order (document no. 26) is GRANTED.  The parties shall
have to and including September 2, 2004 to file dispositive motions.
SO ORDERE

Alfred V. Covello, U.S.D.J.