**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| TIANA ARMSTRONG | : | CASE NO.  3:02CV2264(AVC) |
| *Plaintiff*, | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF SOCIAL SERVICES, | : | |
| ET AL. | | |
| *Defendants*. | : | August 4, 2004 |

**DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT**

COMES NOW the Defendants pursuant to Rule 56 of the Federal Rules of Civil

Procedure, hereby move for summary judgment in their favor because the evidence submitted

herewith shows that there is no genuine issue of material fact in dispute and, as a matter of law,

the Plaintiff cannot sustain her burden of proof that the Defendants violated her rights under

federal law.  Filed herewith is a Statement of Undisputed Facts pursuant to Local Rule 56 and a

memorandum of law in support of the present motion.

> DEFENDANTS,
> DEPARTMENT OF SOCIAL SERVICES,
> ET AL.
>
> RICHARD BLUMENTHAL
> ATTORNEY GENERAL

By:    _____

> Tammy D. Geathers
> Assistant Attorney General
> Federal Bar # ct22426
> 55 Elm Street, P.O. Box  120
> Hartford, CT 06141-0120
> Tel:  (860) 808-5340
> Fax: (860) 808-5383
> E-mail: Tammy.Geathers@po.state.ct.us

1

## CERTIFICATION

I hereby certify that pursuant to §5(b) of the Federal Rules of Civil Procedure, a copy of

the foregoing Motion for Summary Judgment was sent via first class mail, postage prepaid,

this        day of August, 2004 to:

John R. Williams, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06510

_____
Tammy D. Geathers
Assistant Attorney General