UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TIANA ARMSTRONG, | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:02CV2264(AVC) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | | |
| DEPARTMENT OF SOCIAL SERVICES | : | |
| ET AL., | : | |
| *Defendants* | : | August 4, 2004 |

**DEFENDANTS' INDEX OF EVIDENCE IN SUPPORT
OF THEIR MOTION FOR SUMMARY JUDGMENT**

Exhibit 1    Excerpts from Deposition of Tiana Armstrong, dated June 14, 2004;

Exhibit 2    Excerpts from Deposition of Lisa Owens, dated June 9, 2004;

Exhibit 3    Excerpts from Deposition of Carol Scherer, dated June 8, 2004;

Exhibit 4    Excerpts from Deposition of Michele Farieri, dated June 9, 2004;

Exhibit 5    Excerpts from Deposition of Lily "Cookie" Marshall, dated June 8, 2004;

Exhibit 6    Excerpts from Deposition of Rudolph Jones, dated June 15, 2004;

Exhibit 7    Excerpts from Deposition of Silvana Flattery, dated June 15, 2004

Exhibit 8    Affidavit of Lisa Owens, dated July 12, 2004;

Exhibit 9    Affidavit of Carol Scherer, dated July 12, 2004;

Exhibit 10   Affidavit of Michele Farieri, dated July 12, 2004;

Exhibit 11   Affidavit of Lily "Cookie" Marshall, dated July 12, 2004;

Exhibit 12   Affidavit of Rudolph Jones, dated July 12, 2004;

Exhibit 13   Affidavit of Silvana Flattery, dated July 12, 2004;

| | |
|---|---|
| Exhibit 14 | Department of Social Services Revised Vacancy Notice, posting dated May 22, 2001; |
| Exhibit 15 | Letter dated August 13, 2001 from Lisa Owens to Tiana Armstrong; |
| Exhibit 16 | Performance Appraisal for Tiana Armstrong with attached 3-page narrative, dated October 26, 2001; |
| Exhibit 17 | Article 13, Section 5 of the P-2 Collective Bargaining Agreement, effective July 1, 1999 to June 30, 2002; |
| Exhibit 18 | Permanent Appointments, Section 5-228-1 of the Regulations of Connecticut State Agencies; |
| Exhibit 19 | Informal Counseling Memo from Carol Scherer to Tiana Armstrong, dated October 5, 2001; |
| Exhibit 20 | DSS Guidelines for Employee Attendance and Tardiness, revised March 1998; |
| Exhibit 21 | Pages 38 and 39 referencing Sections Four and Five of Article 17 of the P-2 Collective Bargaining Agreement, effective July 1, 1999 to June 30, 2002; |
| Exhibit 22 | Employees' Assistance Program brochure; |
| Exhibit 23 | Handwritten notes of Michelle Farieri for October 5, 2001 and October 18, 2001; |
| Exhibit 24 | Memo dated October 29, 2001 from Lisa Owens to Rudolph Jones; |
| Exhibit 25 | Letter dated November 5, 2001 from Lisa Owens to Tiana Armstrong; |
| Exhibit 26 | Letter dated August 4, 2000 from Lisa Owens to Heather Schorr; |
| Exhibit 27 | Letter dated June 30, 2000 from John Malmros to Elizabeth Ethier; |
| Exhibit 28 | Letter dated March 27, 2002 from Maria Taylor to Stephen Dunnrowicz; |
| Exhibit 29 | Letter dated April 11, 2002 from Melvin Jackson to Richard Jennings; |
| Exhibit 30 | Letter dated July 26, 2001 from Rudolph Jones to Holly Genovese; |
| Exhibit 31 | DSS Response to CHRO Complaint # 0210456, dated June 28, 2002; |
| Exhibit 32 | Employees Statutory Right to File Grievance; |
| Exhibit 33 | Medical Certificate from Tiana Armstrong, dated October 29, 2001; |

Exhibit 34   DSS Response to Armstrong Regarding FLMA leave, dated October 31, 2001;

Exhibit 35   Article 11, Section One of the P-2 Collective Bargaining Agreement, effective July 1, 1999 to June 30, 2002;

Exhibit 36   Section 5-237-1 of the Regulations of Connecticut State Agencies;

Exhibit 37   Article Nine, Section Three of the P-2 Collective Bargaining Agreement, effective July 1, 1999 to June 30, 2002;

Exhibit 38   PER-301 Form Submitted by Tiana Armstrong, undated;

Exhibit 39   CHRO Complaint # 0210456 filed by Tiana Armstrong, dated April 29, 2002;

Exhibit 40   Letter dated September 20, 2002 from Epifanio Carrasquillo, CHRO Regional Manager, to Armstrong.

                DEFENDANTS,
                STATE OF CONNECTICUT,
                DEPARTMENT OF SOCIAL
                SERVICES, ET AL.

                RICHARD BLUMENTHAL
                ATTORNEY GENERAL

BY: _____
      Tammy D. Geathers
      Assistant Attorney General
      Federal Bar No. ct22426
      55 Elm Street -- P.O. Box 120
      Hartford, CT  06141-0120
      Tel: (860) 808-5340
      Fax: (860) 808-5383
      E-mail:
      Tammy.Geathers@po.state.ct.us

# **CERTIFICATION**

I hereby certify that a copy of the foregoing Defendants' Index of Evidence in Support of Their Motion for Summary Judgment was mailed, first class postage prepaid, this        day of August, 2004, to:

    Barbara E. Gardner, Esq.
    843 Main Street, Suite 1-4
    Manchester, CT  06040

                                                                                                                                                               _____
                                                                 Tammy D. Geathers
                                                                 Assistant Attorney General