Page 1

```
 1              UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT
 2
                 Civil Action No. 3:02cv2264(AVC)
 3      ─────────────────────────────────────
                                            )
 4   TIANA ARMSTRONG                        )
                                            )
 5   VS.                                    )
                                            )
 6   STATE OF CONNECTICUT, ET AL.           )
                                            )
 7      ─────────────────────────────────────

 8          DEPOSITION OF: TIANA ARMSTRONG
            DATE: June 14, 2004
 9          HELD AT: Department of Social Services
                    25 Sigourney Street
10                  Hartford, CT 06106-5033

11   APPEARANCES:

12   LAW OFFICES OF BARBARA E. GARDNER
            843 Main Street, Suite 1-4
13          Manchester, CT 06040
            representing the Plaintiff.
14   BY:    BARBARA E. GARDNER, ESQUIRE

15   LAW OFFICES OF THE ASSISTANT ATTORNEY GENERAL
            55 Elm Street
16          Hartford, CT 06106
            representing the Defendants.
17   BY:    TAMMY D. GEATHERS, ESQUIRE

18   Also present:  Brenda Harris

19              Reporter: Aretha S. Martin, LSR
                  BRANDON SMITH REPORTING SERVICE
20                    44 Capitol Avenue
                 Hartford, Connecticut  06106
21                     (800) 852-4589

22

23

24

25
                                    EXHIBIT NO. ___1___
```

COPY

Page 7

```
 1       Q    If you want a break, just let me know.  At any
 2  time, you can have a break but I'm going to ask of you
 3  that if a question is pending, finish that question --
 4  answer first, and then we can have a break.  And like I
 5  said, we can have a break for any reason.  You don't need
 6  to tell me the reason of why you want a break --
 7       A    Okay.
 8       Q    -- just let me know.  But if a question is
 9  posed to you, I want you to finish that answer up before
10  we take the break, okay?
11       A    Okay.
12       Q    Just for the record -- I know, but just for
13  the record -- please state your full name?
14       A    Tiana Inetta Armstrong.
15       Q    And you are represented by Attorney Barbara
16  Gardener.  Correct?
17       A    Yes.
18       Q    And Tiana, what is your date of birth?
19       A    October 5, 1976.
20       Q    And where are you currently residing?
21       A    The full address?
22       Q    Yes.
23       A    6 Alfred Drive, Windsor, Connecticut.
24       Q    How long have you lived at that address?
25       A    For over twenty-five years.
```

Page 10

```
1     Q     Okay.
2     A     Yes.
3     Q     That's good.  Can you tell me your -- Well,
4   state your employment history?
5     A     When do you want it beginning from?
6     Q     Let's start, excluding summer employment.
7     A     Okay.  From the time that I've been able to
8   work at age sixteen.
9     Q     No, as an adult.
10    A     Okay.  Following college basically?
11    Q     Yes.
12    A     Okay.  Following college, I took on a
13  temporary assignment as a medical underwriter.
14  Basically, I was in an assistant underwriting position.
15  I --
16    Q     Where was that?
17    A     That was with CPH Staffing.  It is a staffing
18  agency, but it was connected with The Hartford Insurance
19  Company.
20    Q     Okay.
21    A     I worked for the Department of Social
22  Services.
23    Q     When did you begin your employment with the
24  Department of Social Services?
25    A     My first day was August 17, 2001.
```

Page 11

```
 1        Q    Okay.
 2        A    Following that employment, um, bear with me I
 3   have to remember.
 4        Q    Right?
 5        A    Following that, I started a position with --
 6   Oh, I started substitute teaching.  I registered to
 7   substitute teach in the meantime.  And then I worked for
 8   the Department of Children and Families.
 9        Q    DCF?
10        A    DCF, yes.
11        Q    Now, I just want to get some time frames
12   straight here.  After you were terminated from the
13   Department of Social Services, you started to substitute
14   teach?
15        A    It was not immediately after.
16        Q    Okay.
17        A    Immediately after, I was just going on
18   interviews and sending out resumes.  I went on several
19   interviews.  I would say, um, substitute teaching -- I
20   can't remember the exact -- I am trying to remember
21   year-wise for you, but I know that it was at least several
22   months following once I was, you know, the interviews
23   weren't coming through.
24        Q    Okay.  So was it the same year that you were
25   terminated from DSS?
```

Page 12

1   A   No, I know that it was at least the following
2   year because I was kind of at the end of that year.
3   Q   So you were unemployed for a year?
4   A   Um, at least close to it, I would say.
5   Q   And after that, that's when you started
6   substitute teaching?
7   A   Yes.
8   Q   About a year after?
9   A   I would say, yes, give or take about a year.
10  Q   What school system?
11  A   Windsor Public Schools.
12  Q   Okay.  Now, after your substitute teaching --
13  A   Yes.
14  Q   -- you indicated that you had gotten a
15  position at the Department of Children and Families?
16  A   Yes.
17  Q   How long -- Well, give me the time frame
18  between -- Obviously, it was a year after you were
19  terminated from DSS; is that correct?
20  A   Yes.  2001 is when I was terminated from DSS.
21  Q   Okay.
22  A   I believe it was actually June of 2002, is
23  when I started the Department of Children and Families.
24  Q   Okay.
25  A   So it wasn't a complete year when I registered

Page 50

1  anything in writing about the concerns that you just
2  explained to me regarding Carol?
3       A    I would say that, in regards to Carol
4  specifically, one thing that I did do that Ms. Marshall,
5  you know, advised me to do, um, because I felt
6  uncomfortable my medical situation was going to be used
7  and misconstrued.  And with me feeling that I was being
8  set up, I was trying to understand the best way to, you
9  know, to document my circumstances.
10      Q    Okay.
11      A    And at that point Ms. Marshall advised me to
12 speak with my doctor and have my doctor have it documented
13 in writing.  Have it on paper, period.
14      Q    Okay.
15      A    And so I would say that in an indirect way,
16 that's one that that I did, you know, I was sure to do.
17 Because I didn't want me speaking with Carol and
18 explaining something to her and for her to come back and
19 say, No, you never told me that.  I didn't have a clue.
20 And you know, that's how I really felt things were and I
21 was very uncomfortable.
22      Q    So besides your doctor notes, your doctor's
23 note that you just referenced --
24      A    Uh-huh.
25      Q    -- do you recall putting anything else in

Page 51

1   writing?

2        A    I did not put --

3        Q    I'm sorry to interrupt, but I want you to be
4   specific, you know, in answering these questions. Do you
5   recall putting anything else in writing, like, a
6   complaint, quote, unquote, against Carol?

7        A    When I spoke with Michele and I asked --
8   Basically after I spoke about everything, I asked, you
9   know, what should I do? Are you the right person that I
10  need to talk to? Do I need to talk to someone else? I
11  just needed my concern to be known.

12       Q    Okay.

13       A    And at that point, she said that she would
14  address it and she could speak with Carol and she would
15  follow up with me. And at that point, she said thank you
16  for coming to me, you did what was best.

17       Q    Okay.

18       A    And that was it. She didn't tell me, Well,
19  we'll put it in writing as well. And because of that,
20  because she said that she was going to do the follow-up, I
21  figured that that may have been procedure or that's what
22  needed to happen at that point. I wasn't aware, nor was
23  I told when I asked, that I should have put it in writing
24  at that stage. So no, I didn't put anything in writing
25  at that point.

Page 52

1   Q   Okay. Against anybody? Not against Carol.
2   Correct?
3   A   Correct.
4   Q   Not against Michele?
5   A   No.
6   Q   Not against Cookie?
7   A   No, I didn't have an issue with Cookie.
8   Q   Not against Rudolph Jones?
9   A   Nope.
10  Q   Not against Silvana Flattery?
11  A   No.
12  Q   Okay.
13  A   I did put concerns, however, against Ms.
14  Owens in regards to the culmination of events; what
15  happened, my concerns, in terms of like the procedure and
16  the policy, what was it, and was it followed.
17  Q   Okay.
18  A   Um, as well as concerns within the Affirmative
19  Action, you know, in that piece and how should things, you
20  know....
21  Q   That's Lisa Owens. Correct?
22  A   Yes, in regards to that piece. But in terms
23  of putting it in writing, no. I just spoke -- I went to
24  the people and spoke to them the best way that I thought.
25  Q   Okay. And without going into it, you have

Page 60

1        (Discussion off the record.)
2        Q    (By Ms. Geathers) All right. Let's take a
3   look at Plaintiff's Exhibit No. 11.
4        A    Okay.
5        Q    I think we identified that these are Michele's
6   notes, if that's correct; do you recall that?
7        A    I believe that they said that -- I believe
8   Carol identified the top as hers, and something else was
9   Michele's.
10       Q    You have a better memory than I do. Let's
11  look at the bottom of that page.
12       A    Okay.
13       Q    On the bottom of that page, it says, "Absences
14  by date." And then it has October -- I am sorry, August
15  31st. And a reason given for an absence is the flu; do
16  you see that?
17       A    Yes.
18       Q    Do you recall being absent on that date due to
19  the flu?
20       A    I recall being absent that day, but it wasn't
21  due to the flu.
22       Q    So is it your testimony today that you don't
23  recall the reason given, being absent on August 31st, is
24  due to the flu?
25       A    I wasn't absent due to the flu; does that

Page 61

1  answer your question.

2      Q    Were you sick?

3      A    Yes, I was.

4      Q    Okay. But you're saying that it wasn't due
5  to the flu?

6      A    No, it wasn't due to flu.

7      Q    What do you recall it being due to?

8      A    Actually, on that day I had a migraine. I
9  was throwing up and I was extremely congested, my head was
10 congested. Those were my symptoms.

11     Q    Okay. On 9/6, do you recall being absent
12 9/6, 2001?

13     A    Yes, for part of the day.

14     Q    Well, take a look at Exhibit 10 as well. And
15 look at your -- I want you to look at your -- There are
16 two copies, and I am going to look at your clean copy.
17 Do you recall --

18     A    What do you mean by "clean"?

19     Q    Well, there are two copies, one, that we've
20 identified as your writing?

21     A    Okay.

22     Q    And then the clean copy?

23     A    Okay.

24     Q    Okay?

25     A    Yes.

Page 62

```
 1       Q    On 9/6, on Exhibit 10, it indicates that you
 2  took eight hours?
 3       A    Yes.
 4       Q    Okay.  And it indicates that you were absent
 5  on -- On Exhibit 11 it indicates that you were absent on
 6  due to food poisoning?
 7       A    Yes.
 8       Q    Do you recall that?
 9       A    Yes.
10       Q    On 9/7 --
11       A    Can I say something?
12       Q    Yes.
13       A    I do recall that.  But the 9/6, the eight
14  hours, I did come in that day and it was never changed
15  that I came in.  Because I did half a day that day, but
16  nobody ever changed it.
17       Q    I want to take a look -- Oh, okay.  Just so we
18  can be clear here, let's take a look at the unclean copy,
19  the one with your handwriting on it.
20       A    I don't know if I have that one.  If I could
21  just glance at yours.
22            MS. GARDNER:  But you have to put an "X"
23  through that, because that's not Exhibit 10.
24            MS. GEATHERS:  Okay.
25            MS. GARDNER:  Exhibit 10 is the clean copy.
```