UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TIANA ARMSTRONG | : | Civil Action No. |
| | : | 3:02CV2264 (AVC) |
| V. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF SOCIAL | : | |
| SERVICES | : | June 8, 2004 |

DEPOSITION OF CAROL SCHERER

BARBARA C. LETSON
Licensed Shorthand Reporter
49 Long View Drive
Simsbury, Connecticut  06070
(860) 658-0500
FAX (860) 658-1199

EXHIBIT NO. 3

ALLAN REPORTING SERVICE (860) 658-0500
49 LONG VIEW DRIVE, SIMSBURY, CT  06070-2643

1  C A R O L   S C H E R E R,

2

3         a Witness herein, having

4         been first duly cautioned and

5         sworn by Barbara C. Letson, a

6         Notary Public commissioned and

7         qualified within and for the

8         State of Connecticut, deposed

9         and testified as follows:

10

11 DIRECT EXAMINATION BY MS. GARDNER:

12      Q    Is it Scherer?

13      A    Yes.

14      Q    I just want to make sure I'm pronouncing it

15 correctly. Good morning.

16      A    Yes.

17      Q    My name is Barbara Gardner. We are here this

18 morning to take your deposition. I represent Tiana

19 Armstrong in the case that's been brought against the

20 Department of Social Services and others. And have you

21 been deposed before?

22      A    No.

23      Q    Okay. I will just go over a few of the ground

24 rules so we are clear. I will be asking you a series of

25 questions to which you should give verbal responses

```
 1              So you recall that you spoke to her about her
 2   attendance, basically?
 3         A    Yes.
 4         Q    And what did you say to her and what did she
 5   say to you?
 6         A    I don't recall that either.
 7         Q    Did she give you any explanation for why she
 8   was out?
 9         A    At the time I spoke to her?
10         Q    Yes.
11         A    I don't think so.
12         Q    Okay.  Did she ever tell you that she suffered
13   from migraine headaches?
14         A    Once when she called in sick, she said she had
15   had a migraine headache.
16         Q    Okay.  And do you remember when that was?
17         A    When that was that she called in with a
18   migraine?
19         Q    Right.
20         A    I think it was October, but I'm not positive.
21         Q    Okay.  And at that point had she been out
22   several times before that occasion?
23         A    Yes.
24         Q    Okay.  But that occasion was the first time
25   she was telling you it was a migraine?
```

1      A    That I recall, yes.

2      Q    Okay. Had she ever said prior to that that
3  she had a headache?

4      A    Not that I remember.

5      Q    Okay. When she told you she had migraines,
6  did you doubt that she was telling you the truth?

7      A    No.

8      Q    When you spoke to her about her attendance,
9  was there anyone else either present or on the phone other
10 than you and Tiana?

11     A    No.

12     Q    Did you document that conversation in any way?

13     A    I probably wrote a few notes about it.

14     Q    Okay. Do you know if that would have been the
15 meeting of October 5, 2001?

16     A    I don't recall which meeting that was.

17     Q    Okay. Did you review anything before coming
18 here today in preparation for your deposition?

19     A    No.

20     Q    Okay. Was Michele Farieri --

21     A    Farieri.

22     Q    Was Michele Farieri present at any meeting
23 that you had with Tiana about her attendance?

24     A    Yes.

25     Q    Okay. And would that have been a subsequent

```
 1        A    No, I don't.
 2        Q    Please tell me what you remember about the
 3   meeting with Michele and Tiana.  Where did that take
 4   place?
 5        A    That would be the second meeting you're
 6   referring to?
 7        Q    Yes.
 8        A    It was in Michele's office.
 9        Q    Okay.  And who did the talking?
10        A    Michele did like an introduction, and then I
11   read a paper I had written out that you're supposed to
12   hand to the person.
13        Q    Okay.
14        A    That tells the absences, the dates of the
15   absences, and the rules.
16        Q    Do you know whether this was a meeting held on
17   October 5, 2001?
18        A    I don't recall the date.
19        Q    Okay.  So you handed Tiana a document that
20   told of the absences?
21        A    Right.
22        Q    And what other information was contained in
23   that document, if you remember?
24        A    I don't remember the exact details, but it had
25   a few specific procedures to follow in case she was absent
```

```
 1   in the future.
 2        Q    Okay.
 3        A    That's what I remember, as far as I
 4   remember.  And I talked to her so we would also do a
 5   referral at that point to -- I forget what it's called --
 6   Employee Assistance Program.
 7        Q    EAP, okay.  And did you do that in this case?
 8        A    Yes.
 9        Q    And at that meeting did Tiana say that she
10   suffered from migraine headaches?
11        A    No.
12        Q    Did she say that she suffered from any kind of
13   a chronic condition?
14        A    No.
15        Q    Was there any discussion about her completing
16   a P 33 medical certificate or having her doctor complete
17   one?
18        A    Not while I was present.
19        Q    Okay.  At the end of that meeting, did Tiana
20   ask to meet with Ms. Farieri alone?
21        A    Yes, at the end of the meeting.
22        Q    Okay.  And so you left the meeting; is that
23   right?
24        A    Yes.
25        Q    And did you have a follow-up discussion with
```

1  or anything of that nature? What was your objective
2  here? What difference would it make if she had asked him
3  about attendance? And if, in fact, she had already told
4  you she had spoken to him, why were you following up with
5  him, if you remember?
6      A    I know there were numerous occasions of
7  absence before this point, but I don't recall what
8  prompted this.
9      Q    Okay. The date on this Exhibit 1 is
10 October 5th; is that correct?
11     A    Yes.
12     Q    And I believe that was the date of your
13 meeting with Tiana and Michele Farieri?
14         MS. GEATHERS: Objection. She indicated
15         she couldn't recall the date of the meeting.
16 BY MS. GARDNER:
17     Q    Assuming that was the date of the meeting,
18 does that refresh your recollection as to whether or not
19 something that occurred during that meeting prompted you
20 to question Mr. Roberts?
21     A    During the meeting? I think the meeting was
22 in the afternoon, whatever date it was.
23     Q    Okay. And your first e-mail was at
24 11:11 a.m.?
25     A    Yes.

1   Q   Do you know whether or not you were asking
2   these questions in preparation for that meeting?
3   A   I don't know.
4   Q   Okay.
5   A   But it would seem that way.
6   Q   Okay. And, again, why did you think it was
7   important that you know what Mr. Roberts had told Tiana
8   about that issue?
9   A   I don't remember.
10  Q   What was your relationship -- how would you
11  describe your relationship with Tiana as of October 5,
12  '01?
13  A   I don't think we had established much of a
14  relationship. She had been in core training for most of
15  the time.
16  Q   How long was the core training?
17  A   I think it was six weeks.
18  Q   And so I believe that you said you don't
19  remember whether or not there was any discussion in the
20  meeting with Michele and Tiana about Tiana getting a
21  doctor's note to substantiate her absences?
22  A   When the three of us were together?
23  Q   Yes.
24  A   I don't recall that there was.
25  Q   And is there some reason why you wouldn't have

```
 1   discussed that concerning your e-mails of that morning?
 2        A    I don't know.
 3        Q    What was the next meeting that you had, either
 4   with Tiana or Michele or with anyone, on the issue of this
 5   absentee problem regarding Tiana after the meeting with
 6   Michele and Tiana?
 7        A    I think the next meeting would have been the
 8   performance appraisal.
 9        Q    Now, what prompted the performance appraisal?
10        A    The absenteeism problem.
11        Q    Okay.  So is it correct that if someone is
12   having some sort of an issue, whether it be performance or
13   attendance or any kind of an issue, and they are in their
14   working test period, that they are given a performance
15   appraisal?
16        A    Yes.
17        Q    And what is the purpose of giving a
18   performance appraisal at that point?
19        A    At that point?
20        Q    Yes.
21        A    It was for dismissal.
22        Q    Okay.  Is it true that performance appraisals
23   are given so that the individual has an opportunity to
24   improve their performance before they are dismissed?
25        A    Not always.
```

```
 1        A    What do we do now?  I don't remember.
 2        Q    Okay.  Was it your impression after the
 3   meeting on October 5th that if Tiana had another absence
 4   that she was going to be terminated?
 5        A    Yes.
 6        Q    And was that communicated to Tiana?
 7        A    Yes.  It's on this paper here.
 8        Q    Okay.
 9        A    In Exhibit 10.
10        Q    Okay.  So if she had had any absence, even for
11   a legitimate illness, it was your understanding and she
12   was told that she was going to be terminated?
13        A    Yes.
14        Q    And as of October 25th, you still were not
15   aware from any source that Tiana suffered from migraine
16   headaches?
17        A    Not that I recall, no.
18        Q    Have you provided this book that you referred
19   to where you write down why people are absent?  Did you
20   provide that to counsel?
21        A    I don't know.  I turned a folder over to Lisa
22   Owens, but I don't recall what was in it.
23             MS. GARDNER:  If I don't have that --
24             MS. GEATHERS:  I'll check because I don't
25        recall seeing it either, but it's been a
```

1  up with Tiana in writing, if you know?

2       A    I don't remember that at all.

3       Q    Okay.

4       A    This may have been in reference to the

5  informal first meeting.

6       Q    Except that it's dated 10-9-01, and we have

7  established that the meeting with Michele was on 10-5-01.

8       A    But the prior meeting, the first meeting.

9       Q    Okay.  So you believe that Michele may have

10 been referencing your meeting with Tiana where Michele

11 wasn't present?

12      A    I don't know.

13      Q    Okay.  But you think that's probable?

14      A    Possible.

15      Q    Okay.

16           MS. GEATHERS:  The meeting with Tiana

17      where Michele wasn't present or where Carol

18      wasn't present?

19           MS. GARDNER:  Where Michele wasn't

20      present.

21           MS. GEATHERS:  Was or was not?

22           MS. GARDNER:  Was not.

23 BY MS. GARDNER:

24      Q    Showing you what's been marked Exhibit 13 with

25 today's date, can you identify that document and the

```
 1    handwriting?
 2         A    It's my handwriting and this is a page 38 and
 3    39 of the P2 bargaining unit contract.
 4         Q    I don't know if you need to take a few minutes
 5    to look at it, but it appears that you gave a copy of this
 6    to Tiana on October 18th; is that true?
 7         A    Yes.
 8         Q    Okay.  And do you remember doing that?
 9         A    Yes.
10         Q    And why did you do that?
11         A    When I realized she was being absent.
12         Q    Okay.
13         A    And taking her breaks and lunch at odd times.
14         Q    And when did she start taking her breaks and
15    lunch at odd times?
16         A    I don't know when she started.  When I became
17    aware of the problem, it would be normal procedure to do
18    this.
19         Q    Had you ever counseled anyone else on when
20    they took their lunch and breaks?
21         A    Yes.
22         Q    On how many occasions was that an issue?
23         A    Occasionally.  I don't know exact number.
24         Q    How did you become aware of that?
25         A    Can I refer to this.  It's in here.  This is
```