1

2                    UNITED STATES DISTRICT COURT

3                      DISTRICT OF CONNECTICUT

4

5

6    TIANA ARMSTRONG              :  Civil Action No.
                                  :  3:02CV2264 (AVC)
7              V.                 :
                                  :
8    STATE OF CONNECTICUT,        :
     DEPARTMENT OF SOCIAL         :
9    SERVICES                     :  June 15, 2004

10

11

12

13              DEPOSITION OF RUDOLPH JONES

14

15

16

17

18

19

20

21

22                    BARBARA C. LETSON
                  Licensed Shorthand Reporter
23                    49 Long View Drive
                 Simsbury, Connecticut  06070
24                    (860) 658-0500
                    FAX (860) 658-1199
25

EXHIBIT NO. 6

1    R U D O L P H   J O N E S,

2

3              a Witness herein, having

4              been first duly cautioned and

5              sworn by Barbara C. Letson, a

6              Notary Public commissioned and

7              qualified within and for the

8              State of Connecticut, deposed

9              and testified as follows:

10

11   DIRECT EXAMINATION BY MS. GARDNER:

12       Q    Good morning, Mr. Jones.  We're here this

13   morning --

14       A    Good morning.

15       Q    -- to take your deposition, and I'm going to

16   be asking you a series of questions.  I'm Barbara Gardner,

17   we met earlier, and I represent Tiana Armstrong, the

18   plaintiff in this case that's been brought against the

19   Department of Social Services, you, and others.  Have you

20   been deposed before?

21       A    Yes.

22       Q    Okay.  I'll just go over a few of the ground

23   rules so that we're clear.  You need to make all your

24   answers verbal so the reporter can take them down.  You

25   need to let me finish my question before you answer so we

1      A    The Sperl hearing, for me as the person who is

2    hearing it, is to see whether or not there is, you know,

3    reason to disregard what the managers and directors have

4    proposed in their dismissal, and so I'm not looking at

5    questions that pertain to CCT, SST.  Those are

6    administrative concerns that may be relevant to the

7    individual, but in terms of looking at a person who is an

8    at-will employee, you're looking to see whether or not

9    there is information there that might present a problem to

10    management in the future with regard to the employee.

11      Q    Now, you just said "at-will employee."  Did

12    you consider Tiana Armstrong an at-will employee?

13      A    Yes.  All employees who are in their working

14    test periods are considered at-will employees.

15      Q    Except Tiana was covered by the collective

16    bargaining agreement, was she not?

17      A    Not in the sense that she was not a permanent

18    employee.  The collective bargaining agreement addresses

19    the issue of working test period, and it says that the

20    employee may have a representative which we recognize.

21           As a matter of fact, that's where the Sperl

22    process comes from.  A fellow by the name of Henry Sperl

23    went before the labor board on the issue of whether they

24    could be represented by the union, you know.  It was

25    codified, so to speak.  But all they do is come and

1    accompany the individual, but they can't advocate in the

2    same way they do for their own permanent members.

3        Q    But isn't it true that the language of the CBA

4    says that a nonpermanent employee in a permanent position

5    was covered by the agreement?  Would you agree that that's

6    what the CBA says?

7        A    I don't remember exactly what the words say.

8    It may, in fact, say that.

9        Q    Uh-huh.

10        A    But the interpretation of that is that they

11    don't have union rights.

12        Q    So the interpretation of them being a

13    nonpermanent employee is that they don't have union

14    rights?

15        A    That's correct.

16        Q    And what is the source of that statement?

17        A    That's in the bargaining unit itself --

18    bargaining agreement itself.

19        Q    So you think that, in addition to the language

20    I just quoted, somewhere it states that nonpermanent

21    employees do not have --

22        A    Union rights.

23        Q    -- union rights?

24        A    Yeah.

25        Q    Okay.