```
                UNITED STATES DISTRICT COURT

                   DISTRICT OF CONNECTICUT




TIANA ARMSTRONG              :  Civil Action No.
                             :  3:02CV2264 (AVC)
        V.                   :
                             :
STATE OF CONNECTICUT,        :
DEPARTMENT OF SOCIAL         :
SERVICES                     :  June 15, 2004
```

DEPOSITION OF SILVANA FLATTERY

BARBARA C. LETSON
Licensed Shorthand Reporter
49 Long View Drive
Simsbury, Connecticut  06070
(860) 658-0500
FAX (860) 658-1199

EXHIBIT NO. 7

1    S I L V A N A   F L A T T E R Y,

3              a Witness herein, having
4              been first duly cautioned and
5              sworn by Barbara C. Letson, a
6              Notary Public commissioned and
7              qualified within and for the
8              State of Connecticut, deposed
9              and testified as follows:

11   DIRECT EXAMINATION BY MS. GARDNER:
12        Q    Good morning, Ms. Flattery.
13        A    Good morning.
14        Q    I'm Barbara Gardner, and I represent Tiana
15   Armstrong in this action that's been brought against the
16   Department of Social Services and others.  And we are here
17   today to take your deposition.  Have you been deposed
18   before?
19        A    Yes.
20        Q    Okay.  I will just go over a few of the ground
21   rules so we're clear.  I will be asking you a series of
22   questions to which you should respond verbally.  Please
23   allow me to finish my question before you begin your
24   answer.  If your attorney objects, hold your answer until
25   you are instructed what to do.

1   A   Well, there was someone else before her.  She
2  went to central office and Lisa was promoted.
3   Q   Okay.  And who was the person before her?
4   A   Jean Anderson.
5   Q   So the north central region has its own
6  personnel person, in effect, and that is now Lisa Owens?
7   A   At that time it was called the north central
8  region.  It is now called the northern region.
9   Q   Okay.
10  A   Yes.
11  Q   When did you first meet Tiana Armstrong?
12  A   I don't think I've ever met her.
13  Q   Okay.
14  A   I'm not really sure.
15  Q   When did you first hear of Tiana Armstrong?
16  A   Probably when she was hired.
17  Q   Okay.  And do you remember the specific
18  context in which you may have heard of her?
19  A   I don't remember if she came in with another
20  grouping of new employees.  I mean, at one point we had an
21  orientation, but I don't remember if at that time we were
22  still doing it, if maybe I met her there, maybe I didn't.
23  I don't know.
24  Q   Okay.  Do you remember hearing of Tiana in
25  terms of an issue that she had raised about her status as

```
 1   an SST as opposed to a CCT?
 2         A    No.
 3         Q    Lisa Owens never called you and said that this
 4   employee was asking questions about her status?
 5         A    No.
 6         Q    And Jean Anderson never spoke to you about
 7   that?
 8         A    Not that I recall.
 9         Q    Okay.  Do you have any knowledge of Tiana
10   having been hired as an SST as opposed to a CCT in order
11   to avoid hiring someone off the reemployment or SEBAC
12   list?
13         A    Well, I mean, I learned of that after, but --
14   how do I explain this.  It's a matter of course.  I mean,
15   people keep me abreast of things, it's a matter of course,
16   not because there was a specific issue or problem or a
17   concern or any of that.
18         Q    Do you remember exactly when you heard about
19   that issue?
20         A    No.
21         Q    So I think you just testified that you may
22   have after.  After what?
23         A    I don't know.  I mean, I guess that's the best
24   way I can explain it to you, that as a matter of course,
25   the HR person would tell me about things that are going
```