UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TIANA ARMSTRONG,<br>*Plaintiff* | : <br> : <br> : | CIVIL ACTION NO.<br>3:02CV2264(AVC) |
| v. | : <br> : | |
| STATE OF CONNECTICUT,<br>DEPRTMENT OF SOCIAL SERVICES<br>SILVANA FLATTERY, MICHELE<br>FARIERI, RUDOLPH JONES and<br>CAROL SCHERER<br>*Defendants* | : <br> : <br> : <br> : <br> : <br> : | July 12, 2004 |

### AFFIDAVIT OF MICHELE FARIERI

I, MICHELE FARIERI, having been duly sworn deposes and says:

1. I am over 18 years of age and believe in the obligation of an oath and have personal knowledge of the facts herein contained.

2. I am currently a Department of Social Services Operations Manager and have been in that position for five years.

3. My duties include oversight of the agency's policies and programs, administrative responsibilities including supervision of supervisors and also oversight of physical plant activities.

4. One of the supervisors under my direction at the time relevant to this action was Carol Scherer in the North Central Region office.

5. My direct supervisor is Silvana Flattery, the regional administrator for the North Region office.

EXHIBIT NO. 10

6. The North Region office was formerly known as the North Central Region office.

7. I first met the plaintiff, Tiana Armstrong, when she began her employment with DSS on August 17, 2001.

8. During the course of a regular supervisory meeting with my supervisor, Ms. Scherer notified me of attendance problems with Ms. Armstrong.

9. There was a second occasion later on when Ms. Scherer discussed with me Ms. Armstrong's absences and the impact they had on the operational activity in the unit.

10. On October 5, 2001, an informal counseling session on attendance was conducted with Ms. Armstrong, Ms. Scherer and myself the participants.

11. Ms. Armstrong was given a letter that date detailing her absences. She was also verbally informed the importance of reporting to work. Ms. Armstrong was given a brochure about the Employees' Assistance Program (EAP) and a copy of the attendance and tardiness policy in effect at that time.

12. Ms. Armstrong said she understood her responsibility and that it would not happen again.

13. At no time during the meeting of October 5, 2001 did Ms. Armstrong inform either Ms. Scherer or myself that she suffered from migraines.

14. Ms. Armstrong asked to speak privately with me at the meeting on October 5, 2001. Ms. Scherer left the room and Ms. Armstrong inquired why she was

hired as a Social Services' Trainee ("SST") rather than as a Connecticut Careers' Trainee ("CCT").

15. I referred Ms. Armstrong to Jeanne Anderson, a personnel officer, regarding the issue of her appointment.

16. I had no knowledge of why Ms. Armstrong was hired as an SST instead of a CCT and was not involved in the process.

17. Ms. Armstrong requested to meet with me on October 18, 2001. Ms. Armstrong at the meeting said that certain matters she learned at CORE were opposite of what she was being told by her supervisor, Ms. Scherer. She made inquiry about a transfer.

18. Ms. Armstrong at the meeting on October 18, 2001 never mentioned that she suffered from migraines.

19. When Ms. Armstrong was dropped from state service, I had no knowledge that she was claiming to be suffering from a chronic medical condition.

20. I was shown a draft of the proposed interim performance appraisal that was delivered to Ms. Armstrong. It is standard operating procedure in my capacity as Operations Manager to review an appraisal prior to delivery to the individual and for suggestions to be made regarding grammar and phraseology.

21. I was not Ms. Armstrong's direct supervisor and had very little direct contact with her.

22. I was not involved in the decision, and did not have the authority, to drop Ms. Armstrong from state service during her working test period.

23. The final decision about dropping an individual from state service is made by DSS Central Office.

24. I have read the foregoing statements and swear that they are true to the best of my knowledge and belief.

_____
Michele Farieri
DSS Operations Manager


STATE OF CONNECTICUT    )
                        )    ss. HARTFORD
COUNTY OF HARTFORD      )

Sworn and subscribed to before me on this 19th day of July, 2004.

_____
Commissioner of the Superior Court/
Notary Public
Commission expires 5/31/2006