UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TIANA ARMSTRONG,<br>*Plaintiff* | : <br> : <br> : | CIVIL ACTION NO.<br>3:02CV2264(AVC) |
| v. | : <br> : | |
| STATE OF CONNECTICUT,<br>DEPRTMENT OF SOCIAL SERVICES<br>SILVANA FLATTERY, MICHELE<br>FARIERI, RUDOLPH JONES and<br>CAROL SCHERER<br>*Defendants* | : <br> : <br> : <br> : <br> : <br> : | <br><br><br><br><br>July 12, 2004 |

### AFFIDAVIT OF LILY "COOKIE" MARSHALL

I, LILY "COOKIE" MARSHALL, having been duly sworn deposes and says:

1. I am over 18 years of age and believe in the obligation of an oath and have personal knowledge of the facts herein contained.

2. I was at all times relevant to this action a personnel officer with the Department of Social Services and assigned to Central Office in Hartford.

3. I retired from state service on June 1, 2003 and am currently working as a temporary worker retiree at Central Office working on position accounts.

4. I am familiar with the plaintiff, Tiana Armstrong. She contacted my office regarding her being hired by the Department as a Social Services Trainee ("SST") rather than a Connecticut Careers Trainee ("CCT") inasmuch as she had a college degree and other employees had informed her that she should have been hired as a CCT.

EXHIBIT NO. 11

5. I researched the matter and found that there was an individual on the Re-Employment/State Employees' Bargaining Agent Coalition ("SEBAC) list at the CCT level. That individual would have to be hired by an agency prior to Ms. Armstrong either being hired or promoted to that level.

6. I informed Ms. Armstrong the particulars regarding her request and that, at the time she made the inquiry, that the agency could not hire her as a CCT due to the existence of an individual on the SEBAC list at the CCT level.

7. I at no time informed Ms. Armstrong that she would be promoted retroactively.

8. I at no time informed Ms. Armstrong that she would be receiving back pay.

9. I informed Ms. Armstrong that she if wanted to pursue the matter she needed to contact the personnel office at the North Central Region where she was assigned.

10. I have no knowledge if she contacted the personnel officer at the North Central Region regarding her classification request.

11. I have read the foregoing statements and swear that they are true to the best of my knowledge and belief.

_Lily "Cookie" Marshall_
Lily "Cookie" Marshall
Personnel Officer
Department of Social Services

STATE OF CONNECTICUT     )
                         )   ss. HARTFORD
COUNTY OF HARTFORD       )

Sworn and subscribed to before me on this 15th day of July, 2004..

_Patricia M. Cosey_
Commissioner of the Superior Court/
~~Notary Public~~