UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TIANA ARMSTRONG, *Plaintiff* | : : : | CIVIL ACTION NO. 3:02CV2264(AVC) |
| v. | : : | |
| STATE OF CONNECTICUT, DEPRTMENT OF SOCIAL SERVICES SILVANA FLATTERY, MICHELE FARIERI, RUDOLPH JONES and CAROL SCHERER *Defendants* | : : : : : : | July 12, 2004 |

### AFFIDAVIT OF SILVANA FLATTERY

I, SILVANA FLATTERY, having been duly sworn deposes and says:

1. I am over 18 years of age and believe in the obligation of an oath and have personal knowledge of the facts herein contained.

2. I am currently Regional Administrator of the Northern Region for the Department of Social Services and have served in that capacity for five years.

3. Prior to my appointment as a regional administrator, I was the executive assistant to former Department of Social Services' Commissioner Joyce Thomas.

4. My duties as Regional Administrator include the internal operation in terms of managing programs, making sure that whatever policies come down from Central Office are implemented. My duties also include involvement with community groups and mental health providers.

EXHIBIT NO. 13

5. Among the individuals under my direct supervision are field operations managers, an administrative assistant, a lead planning analyst and a principal personnel officer assigned to the region.

6. At all times relevant to this action, I was the Regional Administrator of what formerly was known as the North Central Region.

7. Tiana Armstrong, when she was first hired by the Department of Social Services in August 2001, was assigned to the North Central Region.

8. I never met Ms. Armstrong. I only heard of her when she was first hired.

9. I was not involved in the hiring of Ms. Armstrong. The issue of hiring is left to the Human Resources unit for the region.

10. I was not involved in the determination to drop Ms. Armstrong from state service during her working test period.

11. It is my understanding that a recommendation was made by the region to drop Ms. Armstrong from state service during the working test period. The final decision to drop an individual during their working test period is made by DSS Central Office.

12. I do not participate in the drafting of an employee's performance appraisal.

13. My only responsibility as Regional Administrator is to sign off on service ratings.

14. I was not aware that Ms. Armstrong claimed that she had a chronic medical condition. That is information supposed to be available to those in Human Resources only. It is my understanding that I am not supposed to be aware of anybody's medical condition.

15. I have never spoken to Cookie Marshall, Rudolph Jones, Lisa Owens, Carol Scherer or Michelle Farieri about Ms. Armstrong.

16. I have read the foregoing statements and swear that they are true to the best of my knowledge and belief.

*Silvana Flattery*
Silvana Flattery
Regional Manager

STATE OF CONNECTICUT    )
                        )    ss. HARTFORD
COUNTY OF HARTFORD      )

Sworn and subscribed to before me on this 16TH day of July, 2004..

_____
Commissioner of the Superior Court/
Notary Public  mcc 4·30·2009