# STATE OF CONNECTICUT
*DEPARTMENT OF SOCIAL SERVICES*
3580 MAIN STREET • HARTFORD, CONNECTICUT 06120-1187

Posting Date: 05/22/01
Closing Date: 06/06/01

## REVISED VACANCY NOTICE -- SALARY CORRECTION

THE DEPARTMENT OF SOCIAL SERVICES IS PRESENTLY RECRUITING FOR **ELIGIBILITY SERVICES WORKER** POSITION(S) WITHIN THE NORTH CENTRAL REGION ENCOMPASSING THE **HARTFORD, MANCHESTER, NEW BRITAIN, AND BRISTOL OFFICES** (THE POSITION(S) MAY BE UNDERFILLED AT THE SOCIAL SERVICES TRAINEE OR CONNECTICUT CAREERS TRAINEE LEVEL).

| | | |
|---|---|---|
| **POSITION(S):** | Eligibility Services Worker | |
| **BARGAINING UNIT:** | Social and Human Services (P-2) | |
| **SALARY:** | Social Services Trainee: | $30,813.00 - $39,309.00 (SH 14) |
| | Connecticut Careers Trainee: | $32,289.00 - $41,076.00 (SH 15) |
| | Eligibility Services Worker | $39,175.00 - $49,122.00 (SH 19) |
| **LOCATIONS:** | 3580 Main Street<br>Hartford, CT | 699 East Middle Turnpike<br>Manchester, CT |
| | 270 Lafayette Street<br>New Britain, CT | 45 North Main Street<br>Bristol, CT |

### DUTIES AND RESPONSIBILITIES:

Interviews individuals to obtain information; determines and grants services and public assistance; researches, verifies and evaluates statements given by clients and other factors to ensure compliance with program eligibility requirements; enters and modifies all relevant case eligibility information in the Eligibility Management System database; provides periodic cycle of eligibility redetermination services to ensure correct client benefits; acts as liaison with local, State and Federal agencies regarding determination and coordination of client eligibility and awards; provides information regarding state public assistance programs to clients, social service agencies, attorneys and the public; prepares detailed summaries and acts as agency representative in the Fair Hearings process.

### EXPERIENCE AND TRAINING:

### SOCIAL SERVICES TRAINEE

General Experience:

Two (2) years' experience providing social services to individuals or families in need or performing basic technical or complex clerical duties which would lead to the acquisition of the knowledge, skills and abilities outlined above.

Substitutions Allowed:

College training may be substituted for the General Experience on the basis of fifteen (15) semester hours equaling one-half (1/2) year of experience.

### CONNECTICUT CAREERS TRAINEE

Possession of a Bachelor's or Master's Degree. In specific job areas a degree in a field related to that job area may be required.

### ELIGIBILITY SERVICES WORKER

General Experience:

Five (5) years' experience in the determination of client eligibility for public assistance or in the investigation of client capital assets in relation to eligibility determination.

Substitution Allowed:

1. College training may be substituted for the General Experience on the basis of fifteen (15) semester hours equaling one half (1/2) year of experience to a maximum of four (4) years for a Bachelor's Degree.

2. A Master's Degree in a closely related area may be substituted for the General Experience.

-2-

3. Two (2) years as a Social Services Trainee in the designated area may be substituted for the General Experience.

4. Eighteen (18) months as a Pre-Professional Trainee may be substituted for the General Experience.

Note: The positions will be filled by candidates who are eligible for appointment as an Eligibility Services Worker, SST or CCT, or the positions may be filled by existing lists which we are obliged to use.

*All candidates who respond to this posting will be considered for any future Eligibility Services Worker vacancies through August 31, 2001 and need not re-apply.*

**APPLICATION PROCEDURE:** Candidates should forward an Application for Examination or Employment (PLD-1) to:

**CONTACT PERSON:** Ms. Delores Atwater
Human Resources Liaison
Human Resources Division – Third Floor
Department of Social Services
3580 Main Street
Hartford, CT  06120-1187
FAX #:  (860) 566-1768

**APPLICATIONS MUST BE RECEIVED BY JUNE 6, 2001 C.O.B.**

g\personel\postings\esw - 051601.doc