

# STATE OF CONNECTICUT
### DEPARTMENT OF SOCIAL SERVICES
3580 MAIN STREET • HARTFORD, CONNECTICUT 06120-1187

August 13, 2001

Ms. Tiana Armstrong
6 Alford Drive
Windsor, CT 06095

Dear Ms. Armstrong:

    It is our pleasure to welcome you to State service. This will confirm your acceptance of a full-time Social Services Trainee position in the Hartford office. Your start date will be August 17, 2001. Please report to your supervisor, Marva Perrin on that date. Your tentative working hours will be from 8:00 a.m. to 4:30 p.m., Monday through Friday with a half-hour lunch break. Any requests for schedule adjustments should be discussed with your supervisor.

    Your gross biweekly salary as a Social Services Trainee will be $1,216.02 (SH 14, Step 1) and you will accrue vacation time from the date of hire but you may not use it until you have successfully completed six months of service. Sick leave may be taken in accordance with the agency's attendance policy and union contract.

    The classification of Social Services Trainee requires that you serve a two-year training period. Upon successful completion of your training period you will be reassigned to your targeted classification of Eligibility Services Worker.

    You should report to the Central Office Human Resources Division, Twelfth Floor, 25 Sigourney Street, Hartford, CT on August 24, 2001 for orientation. Orientation begins at 9:30 a.m. and consists of a morning and afternoon session; the morning session will be conducted by the Human Resources Division and the afternoon session will be conducted by the Organizational Skill and Development Division. Attached you will find directions to 25 Sigourney Street as well as directions to "Parking Lot B". At orientation you will be provided with a brief introduction concerning our agency's mission, goals, objectives and Affirmative Action.

*Armstrong v. DSS*
*3:02cv2264(AVC)*
**EXHIBIT NO. 15**

Ms. Tiana Armstrong
Page Two
August 13, 2001

      Additionally, all benefits will be discussed and forms completed. Please bring the following with you:

- Passport or State-issued Driver's License
- Original Social Security Card
- Birth Certificate
- Copy of DD-214 if you served in the military
- Choice of beneficiaries, their Social Security Numbers, dates of birth and home addresses

      Should the afternoon session of orientation be postponed, you should return to the Hartford office for work.

      Again, welcome to the Department of Social Services. We are sure you will find your experience in State service to be both challenging and rewarding. Should you have any questions, please feel free to contact me at (860) 723-1007.

Sincerely,

Lisa L. Owens
Personnel Officer

LLO:kwb

Attachments

pc:   Silvana M. Flattery, Regional Administrator
      Thomas Prout, Field Operations Manager
      Jeanne Anderson, Principal Personnel Officer
      Maria Lester, Personnel Officer (Orientation Coordinator)
      Barbara Samuel, Fiscal Administrative Assistant
      Personnel File

# 25 SIGOURNEY, HARTFORD, CT

## DIRECTIONS TO LOT B
Security Desk is located on Mezzanine level
Management Office is located on the Lobby Level

### FROM 91 SOUTH

Take Exit 32A to 84 West
Take Exit 47 off 84 West (Sigourney Street Exit)
At light at end of ramp turn LEFT get in to Middle Lane, then left lane
Bear LEFT (at traffic light turn left on to Park Terrace heading towards Capitol Avenue)
At next light turn LEFT on to Capitol Avenue
At 3RD light turn LEFT on to Laurel
Lot B is on the RIGHT

### FROM 91 NORTH

Take 84 West. Follow directions for 84 West

### FROM 84 WEST (heading East)

Take Exit 46 (Sisson Avenue) LEFT EXIT
Turn LEFT at first light on to Sisson Avenue
At next light turn LEFT on to Capitol Avenue
At 2ND light turn RIGHT on to Laurel
Lot B will be on the RIGHT

### FROM 84 EAST (heading West)

Take EXIT 47 off 84 West (Sigourney Street Exit)
At light at end of ramp turn LEFT get into Middle Lane, then left lane
Bear LEFT (at traffic light turn left on to Park Terrace heading towards Capitol Avenue)
At next light turn LEFT on to Capitol Avenue
At Third light turn LEFT on to Laurel
Lot B is on the RIGHT