**Section Two.** Seniority shall not be computed until after completion of the initial working test period. Upon successful completion of the initial working test period, seniority shall be retroactive to the date of hire.

**Section Three.** State service while working in a trainee class shall not accrue until permanent appointment after successful completion of the training, whereupon it shall be retroactively applied to include such service.

**Section Four.** Seniority shall be deemed broken by:

**(a)** termination of employment caused by resignation, dismissal or retirement;

**(b)** failure to report for five (5) consecutive working days without authorization absent a valid explanation. Any dispute as to whether the explanation offered is valid shall be subject to the grievance and arbitration procedure. In any such arbitration, the arbitrator shall not substitute his/her judgment for that of the employer unless the employer's decision can be shown to be arbitrary or capricious.

Credit for seniority up to a break in service shall be restored to an employee who is reemployed within one (1) year of a service break.

**Section Five.** Seniority lists shall be maintained annually. September 1 is the target date for completion of seniority lists. Copies will be sent to Council # 4 and the appropriate Local.

## ARTICLE 13
### ORDER OF LAYOFF AND REEMPLOYMENT

**Section One.** No employee shall be dismissed or laid off from his/her position because of lack of work, economy, insufficient appropriation, change in departmental

20

Armstrong v. DSS
3:02cv2264 (AVC)
EXHIBIT NO. 17

reorganization, or abolition of position, except in compliance with this Article.

**Section Two.** For purposes of layoff selection within a classification within an agency or of other seniority applications under this Article, seniority shall be defined as length of continuous service in bargaining unit classifications including paid leaves and war service (see Article 12, Section One). For service performed prior to October 1, 1991, bargaining unit seniority shall be equal to seniority as defined in Article 12, Section One.

For purposes of this Article, "permanent employee" shall be defined as a permanent State employee under Article 1 who has achieved a permanent appointment in a bargaining unit classification.

Bargaining unit seniority shall not be computed until permanent appointment after successful completion of the working test period and/or the trainee period in the bargaining unit whereupon it shall be retroactively applied to include such service.

Credit for seniority prior to a break in continuous bargaining unit service shall be restored to an employee who is reemployed in the bargaining unit within one (1) year of the break.

**Section Three. Layoff Procedure.** When a layoff becomes necessary, the agency will identify the specific position to be eliminated and notify the incumbent in writing with as much notice as possible but not less than six (6) weeks. Such written notice shall state the reason for the layoff and a copy of said notice shall be sent to Council # 4.

If there is more than one position in the same job classification in a work unit, the agency shall first eliminate positions in that classification held by nonpermanent employees.

21

The agency shall arrange to have the employee assigned in lieu of layoff to a funded approved vacancy in the same or comparable classification at the same work location/facility. If there is no such vacancy available, a permanent employee may exercise bumping rights as set forth in Section Four herein OR may exercise reemployment rights as set forth in Section Five herein. A nonpermanent employee shall not have bumping or reemployment rights.

During the six (6) week notice period, the Employer shall meet with the Union to discuss possible alternative proposals (l) to avoid the layoff and/or (2) to mitigate the impact on the employee(s).

**Section Four. Bumping**. Within two (2) weeks of the notice specified in Section Three, the employee shall provide written notice of whether he/she elects to exercise bumping rights, and, if so, the position he/she has selected. Within two (2) business days of notice to a bumpee that an employee has elected to bump him/her, the bumpee shall provide written notice of whether he/she elects to exercise bumping rights, and if so, the position he/she has selected. This election shall be binding on the employee and failure to elect shall constitute a waiver of bumping rights.

A permanent employee may bump any nonpermanent employee in the same class or in a lower class within the same classification series within the same agency. Also, a permanent employee may bump any of the following provided that he/she has more seniority than the employee to be bumped:

(l) the employee within the same work region of the agency with the lowest seniority in the same class

(2) the employee within the same work region of the agency with the lowest seniority in a lower class within the same classification series

22

      **(3)** the employee with the lowest seniority in the same class within the same agency

      **(4)** the employee with the lowest seniority in a lower class within the same classification series within the same agency

      **(5)** if (l) through (4) fail to provide a position, a permanent employee slated for layoff can bump into any previously held or comparable position in the P-2 Unit within the same Agency.

In the event the bumpee is a permanent employee, he/she will be allowed in lieu of layoff to bump that employee identified in (2) or (3) above, provided that he/she has more bargaining unit seniority than the employee to be bumped. Any bumpee who is a permanent employee may bump any nonpermanent employee in the same classification within the agency. Bumpee(s) will receive as much written notice as possible but not less than one (1) week. A bumpee not eligible or unwilling to exercise bumping rights as described in this paragraph may exercise reemployment rights as set forth in Section Five herein provided he/she was a permanent employee at the time of layoff.

When an employee bumps into a class with a lower salary range in order to avoid layoff, his/her rate of pay in the lower classification shall be at the closest rate in the lower salary range but not more than he/she was receiving at the time of bumping.

      **Section Five. Reemployment. (a)** Any permanent employee who is laid off or who bumps into a lower class may request that his/her name be placed on his/her agency reemployment list and and/or a statewide reemployment list. The agency reemployment list will be given preference.

23

An employee shall be entitled to specify for placement on the reemployment list(s) for any and all classes in which he/she formerly held permanent status or which are deemed comparable. Employees must designate location preference when placed on these list(s) and whether or not temporary or durational positions would be acceptable.

Three waivers of positions offered from a reemployment list will result in removal from that list. An employee will also automatically be removed from the reemployment list(s) if appointed to a position in the same salary group held at the time of layoff, provided, however, that such removal shall not occur if an employee is appointed to a temporary or durational position. Any employee appointed from the reemployment list to a temporary, durational or part-time position shall have their rights and benefits determined in accordance with Article 3. An employee appointed from a reemployment list to a position in a lower salary group than other classification(s) for which he/she had been placed on the reemployment list(s) will remain eligible for certification from the reemployment lists for the classifications of higher salary groups, not to exceed the salary group held at the time of layoff.

**(b)** The names of permanent employees shall be arranged on the reemployment list(s) in order of seniority as defined in Section Two of this Article and shall remain thereon for a period of three (3) years except as provided in (a) above.

**(c)** An employee appointed from a reemployment list to a position in his/her former salary group will be appointed at the same step in such group as held when he/she was laid off. An employee appointed to a position in a lower salary group will be appointed at the closest rate of pay to the one held by the employee at the time of layoff, but not higher.

24

**(d)** An employee who has been laid off and also is on an agency reemployment list shall have priority in filling vacancies over promotional candidates.

**Section Six.** The determination of class comparability shall be in the sole discretion of the Commissioner of Administrative Services and shall not be grievable or arbitrable.

With respect to bumpees, the classification series and the classes assigned to each series shall be in the sole discretion of the Commissioner of Administrative Services and shall not be grievable or arbitrable.

**Section Seven.** For the purposes of this Article, the Employment Security Division may, at the discretion of the Labor Commissioner, be excluded from the remainder of the Labor Department and deemed to be a separate agency.

### ARTICLE 14
### TRANSFERS

**Section One.** A permanent employee may apply in writing for transfer to a specific shift or work location. These applications shall be retained in an appropriate file by the agency, facility or institution. The agency shall also maintain a list of transfer applications. This list, together with a list of vacancies, shall be updated quarterly and copies shall be provided to Council # 4 and the appropriate local.

In general, no application for employee transfer will be accepted within one (1) year of the effective date of an employee initiated transfer.

**Section Two.** When a vacancy occurs in a classification, the agency will review the applications of permanent employees seeking lateral transfer to the shift or work location where the vacancy exists. Of those applicants who are equally qualified for the vacancy, preference will be