# PERMANENT APPOINTMENTS

**Sec. 5-228-1.  Permanent appointments**
(a) Insofar as practicable, appointments to permanent positions in the classified service are to be made in the following order of preference:

(1) By promotion of a qualified employee of the agency involved:
(2) By promotion of a qualified employee of another agency, or
(3) By original appointment.

(a) No appointment is to be made hereunder until laid-off employees eligible for re-hire and qualified for the position involved are offered reemployment.

(b) To be eligible to compete in promotional examination the employee must have attained permanent status and shall have been employed at least six months in an agency for which the examination is being held unless such examination is opened to all employees in the state service.
(Effective July 9, 1975)

**Sec. 5-228-2.  Repealed**
Repealed, March 25, 1982.

Armstrong v. DSS
3.02CV2264 (AVC)
EXHIBIT NO. 18