XC: Tiana Michele

2nd ccussion meeting 10-5-01
- not advised of right to union rep; did not sign; advised not to
- not given prior notice that was a meeting; was not told @ purpose of meeting
- was told to sign

Occasion #5

Subject: INFORMAL COUNSELING - ATTENDANCE

In reviewing your attendance record from __8/17/01__ to __10/4/01__, it is noted that you have had ____ occasions of unscheduled absence. You are reminded that employees are to meet the employee attendance requirements outlined in the Department's Attendance and Tardiness Guidelines. are attached.

C. Scherer 10/4

This will serve as a record of an informal counseling session. As part of this counseling you are being provided with a copy of the Attendance and Tardiness Guidelines for your review.

_Carol Scherer 10/5/01_          _[signature]_ 10/5/01
Supervisor/Date                   Employee/Date

Also in attendance Michele Farieri

Unscheduled Absences Reviewed:

| Date | Hours |
|---|---|
| 8/31/01 | 8.0 hours |
| 9/6/01 | 8.0 hours |
| 9/7/01 | 1.5 hours |
| 9/17/01 | 8.0 hours |
| 9/26/01 | 4.0 hours |

same occasion, same reason (for 9/6 and 9/7) — hours not accurate as supervisor did not make appropriate changes (as required to)

① Time off (other than a sick day) must be requested in advance and in writing, using the w643A (TIME OFF REQUEST FORM). This includes doctors appointments.

② For sick time - a phone call must be made to the supervisor or designee no later than 30 minutes after your scheduled start time. You must speak directly to the supervisor or designee, if the supervisor is not available. Supervisor starts work at 7:45 phone # 723-1378
  Designees  October   Joann    723-1201
             November  Ruth     723-1380   } all start work at 8:00
             December  Marilyn  723-1381
  January onwards - rotation continues in same order

③ Any time you are late for or absent from training you must report it to your supervisor or the designee following steps #1 or #2 above. This is in addition to notifying the trainer if the training is not in this office (at 3580 Main St)

④ There are services available to you through the Employee Assistance Program (EAP). An EAP brochure is attached if you wish to consider using this program.

⑤ Any additional occasions of absence may result in administrative action up to and including dismissal.

Armstrong v. DSS
3:02 cv 2264 (AUC)

EXHIBIT NO. 19

16