

# STATE OF CONNECTICUT
## DEPARTMENT OF SOCIAL SERVICES
25 SIGOURNEY STREET • HARTFORD, CONNECTICUT 06106-5033

TO: ALL DSS EMPLOYEES

FROM: Rudolph Jones, Human Resources Director

SUBJECT: DSS Guidelines for Employee Attendance and Tardiness (Revised March 1998)

DATE: April 3, 1998

---

Attached is a copy of the Department of Social Services Guidelines for Employee Attendance and Tardiness which becomes effective immediately. This revision replaces the policy that was promulgated in May 1997. In any circumstances where there is conflict between the content of these guidelines and collective bargaining unit agreements, the latter shall prevail. Every Department employee should review and familiarize him or her self with the document to ensure compliance and consistency of application.

Changes and additions to these guidelines have been outlined below. Please consult with your Human Resources liaison for assistance in implementing.

**CHANGES INCLUDE:**

- Inclusion of the American with Disabilities Act (ADA) Coordinator when taking corrective action after review of attendance record.
- Frequent tardiness defined as three or more occurrences within any 30 day period.
- Improvement period for frequent tardiness reduced to 45 days.

Training sessions in the application of the Attendance and Tardiness Guidelines will be ongoing. Please feel free to contact your Human Resources liaison with any questions that you may have.

RJ/ea/rf
Attachment

pc: Joyce A. Thomas, Commissioner
Michael P. Starkowski, Deputy Commissioner
Valerie R. Marino, Deputy Commissioner
File

attendim.ea

An Equal Opportunity / Affirmative Action Employer
Printed on Recycled or Recovered Paper

Armstrong v. DSS
3:02CV2264 (AVC)

EXHIBIT NO. 20



# STATE OF CONNECTICUT
## DEPARTMENT OF SOCIAL SERVICES
### GUIDELINES FOR EMPLOYEE ATTENDANCE AND TARDINESS

INTRODUCTION:  The success of the Department of Social Services depends to a great extent upon the dependability of its employees. Each employee is an essential link in the delivery of services vital to our customers. For this reason, all absenteeism impacts the department's ability to carry out its mission. Primary responsibility for good attendance lies with the employee. The Department of Social Services Attendance and Tardiness guidelines are designed to:

- Encourage good employee attendance

- Provide opportunities for positive recognition of employees with good attendance records

- Provide DSS staff with uniform guidelines and provide supervisors with processes for addressing attendance issues

- Prevent misuse of sick leave, tardiness and leave without pay

Maintaining a sick leave balance has the following benefits:

- Serves as protection against loss of income for extended periods of absence due to illness

- Will be restored to employees who resign from State service but are re-employed within one year of the date of resignation

- 25% of the dollar equivalent is paid to employees upon retirement up to a maximum of 60 days' pay

## ATTENDANCE

### DEFINITIONS:

<u>ABSENTEEISM</u> - Not present for work as scheduled or not remaining at work as scheduled.

<u>OCCASION OF ABSENCE</u>

Employees should consult their respective collective bargaining agreements for the specific definition of an occasion of absence. Generally speaking, an occasion of absence may take a variety of forms:

- Part of a work day
- Full work day or days
- Any one period of continuous absence from work for the same reason (An exception would be a premature return to work i.e., employee has pneumonia and returns to work before full recovery and has to go back out on sick leave)
- Sporadic unscheduled periods of absence for the same reason may or may not be considered as separate occasions. In making this determination, the circumstances and/or documentation regarding the reason for the absences must be taken into consideration. Such decisions should be made in consultation with the Human Resources Division and may involve the American with Disabilities Act (ADA) coordinator from the Affirmative Action Division.

*As a result of an <u>arbitration decision</u>, certain important distinctions were made which should be understood and followed by those who supervise A & R employees. They are as follows:

1. A & R employees may receive a Fair or Unsatisfactory rating in the "Dependability" category based on sick leave usage if:

   a. They use more than the contractually earned 15 sick days per year with frequent occasions or

   b. They use less than 15 days but have a clearly identifiable pattern of usage, i.e., Mondays, Fridays, day before or after holidays, etc., or

   c. They use less than 15 days but have repeated or extended occasions of unauthorized leave without pay.

2. A & R employees may receive Fair or Unsatisfactory Ratings in Dependability and other Rating Categories if frequent absences have adversely affected their work performance in that particular category, i.e., missed deadlines, quality/quantity of work, etc.

2

## ATTENDANCE

### DEFINITIONS:

3. If they have used less than 15 sick days, and there is no identifiable pattern of usage, no unauthorized leave, or no adverse affect on other aspects of the work, then they cannot receive a Fair or Unsatisfactory Service Rating.

However, in spite of the above, the Arbitrator held that A & R employees may still receive progressive discipline for excessive sick leave usage/abuse as defined by the Agency Guidelines for Attendance & Tardiness.

<u>UNAUTHORIZED LEAVE</u> - Failure to report an absence or failure to obtain proper authorization for an absence from work.

<u>SP</u> - Sick time utilized for medical, dental, eye exam or treatment for which arrangements cannot be made outside of working hours may or may not be counted as an occasion depending upon the circumstance. Consult the respective bargaining unit agreement.

<u>SF</u> - Sick time utilized due to serious illness in the immediate family[1] up to the number of days allowed by the bargaining unit agreement will be counted as one occasion of absence.

<u>FF</u> - Sick leave taken in the event of death in the immediate family shall not be considered an occasion of sick leave.

<u>F</u> - Sick leave taken for going to, attending, and returning from funerals of persons <u>other than</u> an immediate family member will not be considered an occasion of sick leave.

---

[1] Immediate family generally means husband, wife, father, mother, sister, brother, or child, and also any relative who is domiciled in the employee's household. Check collective bargaining unit agreement.

3

## ATTENDANCE

### EMPLOYEE RESPONSIBILITIES:

**Notification**  Employees shall speak directly to their immediate supervisor or designee prior to the start of the shift, but no later than thirty (30) minutes after the scheduled start time, and request authorization for the unscheduled absence. Except in emergency situations, notification of absence must be made by the employee. If neither supervisor nor designee is available, a message must be left with an available supervisor or manager indicating that the employee will be absent and a number where he or she can be reached.

**Information**  Employees must provide their immediate supervisor or designee with the reason for the absence, (i.e., illness, funeral, etc.) the expected duration, and any information regarding pending work which would require attention as a result of their absence. Should an absence extend to more than one day, the employee must contact his/her supervisor on a daily basis unless expected duration was already provided to the supervisor.

**Sign-In**  When required, employees must sign-in in accordance with the established practice of the unit.

**Durational Absence**  An employee who will be absent for an extended period of time, as defined under the terms of the respective bargaining unit contract, must provide medical documentation, P-33 Medical Certificate or a physician's signed statement (if a Health Care bargaining unit member) with the diagnosis, prognosis and expected date of return. Any restrictions to support an accommodation must be stated. During this extended period of absence, the employee must contact the supervisor as to anticipated date of return. Employees will not be allowed to reenter the work place if not supported by a release to work from their physician.

**Unauthorized Leave**  It is the responsibility of the employee to report all unscheduled absences as stated in the notification section above. An employee who fails to obtain approval from his/her supervisor will not be paid for the unscheduled absence, will be considered on unauthorized leave and subject to administrative action.

**Sick Leave Accrual Balance**  Employees are responsible for keeping track of and using their accrued leave balances in accordance with established practice.

- If an employee has exhausted all sick leave, he/she must obtain verbal approval from the immediate supervisor for use of other accrued leave to cover the remainder of the absence. The request must be followed up in writing upon return to work. Failure to do so will result in charging the absence to sick leave without pay (LS).

4

## ATTENDANCE

- If an employee has no accrued leave time available, a written request for a medical leave without pay must be submitted to the immediate supervisor for approval. If approved, the absence will be coded as sick leave without pay (LS).

- There may be situations involving documented attendance problems for which the employee has received prior notification regarding treatment of absences where no accrued time is available. In those instances, absences will be coded as unauthorized leave (LU), and the employee will be subject to administrative action.

**Anticipated Absences**   In the event that an employee knows ahead of time that he/she will be absent from work for a specified period of time due to medical reasons, a request for leave and medical documentation, P-33 Medical Certificate or physician's signed statement (if a Health Care bargaining unit member) must be provided. It must include the diagnosis, prognosis and expected date of return and be provided to the immediate supervisor as far in advance as possible so that arrangements can be made for adequate coverage.

## ATTENDANCE

### SUPERVISOR RESPONSIBILITIES:

**Notification**  Supervisors are responsible for documenting all calls pertaining to employee absences. (Each supervisor must identify a designee to receive employee calls regarding absences from work in the event that the supervisor is unavailable. Employees should be notified regarding the individual designated for this purpose.)

**Information**  Information recorded should include the time the call was received, the reason given for the absence (i.e. illness, funeral, etc.) and a summary of any discussion which may have occurred relative to the employee's inability to report to work.

**Monitoring Leave Balances**  Ensure that time requested is available before approving time off.

**Unauthorized Leave**  The Human Resources Division must be advised immediately on the first day of full or partial unauthorized leave to make a determination relative to appropriate administrative action.

Please note that absence without leave for five or more working days, or failure to return to duty within five working days following authorized leave, is just cause for which an employee may be suspended, demoted or dismissed.

**Recordkeeping & Review**  Records concerning employee absence shall be maintained or obtained through the Time and Attendance system and reviewed at least on a quarterly basis and all employees shall be monitored for performance in this area. In the case of an employee in a working test period, review should occur monthly.

**Sign-In**  For the purpose of monitoring attendance, supervisors may establish or continue the practice of a sign-in procedure which meets the needs of the unit.

**On-Going Attention**  Supervisors are responsible for advising their employees of the Agency's standards and procedures regarding attendance. When an employee's attendance record does not meet Agency standards for satisfactory attendance, the Supervisor shall meet with that employee, discuss the number of and documented reason for these absences, review the parameters of the Agency attendance standards and develop a plan for improvement.

These sessions should not only be for the supervisor's records but to reinforce the expectations for improvement to the employee. (Refer to the section on Corrective Action Steps.) Supervisors are responsible for keeping their managers informed regarding absenteeism issues.

## STANDARDS FOR ATTENDANCE REVIEW

Employees' attendance records should be reviewed at least quarterly to ensure minimal loss of time resources to the Department of Social Services and maximum delivery of services to our customers. Quarterly records should be kept based upon the service rating period. However, for employees in progressive discipline at or above the level of a formal written reprimand, the record of the former period will be considered in determining the appropriate administrative action regarding occasions within the current Service Rating year.

Absenteeism requiring in-depth review during the Service Rating year is as follows:

- 5 occasions
- 7 occasions
- 9 occasions
- more than 9 occasions

\* Please refer to previous language on A & R Arbitration in Attendance Definition Section when reviewing attendance of A & R employees.

In reviewing an employee's record, the Supervisor shall consider the following factors when meeting with the employee:

1. the number of occasions taken and the number of days
2. patterns of usage
3. the employee's past record
4. the reasons for sick leave use
5. extenuating circumstances (e.g. catastrophic illness)

The Supervisor may also want to consider any progressive intervention they may have initiated and evidence of efforts on the part of the employee to improve.

The Attendance Review Form included with this package can be used for this purpose.

**When To Take Corrective Action**  Final judgment on a remedial course of action should not be made until all relevant information has been carefully evaluated and weighed.

Depending on the illness or chronic medical condition, Supervisors may initiate the process of referral to the ADA Coordinator. Discussions should occur between the Supervisor, Manager, Human Resources representative and ADA Coordinator regarding options for consideration. Options could include but are not limited to part time work or alternative duty assignments, modified work schedules, disability retirement.

An employee may initiate the request for assistance from the Affirmative Action ADA Coordinator regarding accommodation issues.

The Affirmative Action Division also provides assistance to employees through the Employees Assistance Program. Their number is (860) 424-5040.

Depending on the course of remedial action prescribed, the objective shall be to maximize time resources to our agency while accommodating employees with severe illnesses or chronic medical conditions.

7

## STANDARDS FOR ATTENDANCE REVIEW

| | |
|---|---|
| **Consultation with Human Resources Division** | The Supervisor must consult with a Human Resources Liaison before proceeding with any administrative action or issuing an unsatisfactory service rating. |
| **Stages of Corrective Actions** | The table following summarizes the stages of corrective action in accordance with the standards for review. |

Note: These procedures do not preclude separate administrative action for unauthorized leave.

| Stage | Level of Absenteeism | Corrective Action |
|---|---|---|
| 1 | Fifth Occasion | Although not mandatory at this stage, employee has the option of having union representation.<br><br>The supervisor shall:<br><br>• meet with the employee to discuss his/her attendance, any contributing problems and possible corrective remedies including appropriate referrals.<br><br>• notify employee that additional occasions will result in administrative action up to and including dismissal.<br><br>• maintain an informal counseling record of this session in a supervisory file. |
| 2 | Seventh Occasion | The supervisor shall:<br><br>• review circumstances and determine if administrative action is required.<br><br>If, after such review, the supervisor determines that administrative action is warranted, the supervisor shall:<br><br>• advise employee of his/her right to union representation. If the employee waives union representation, a signed statement should be obtained waiving that right.<br><br>• meet with the employee to issue a **written warning**.<br><br>• advise the employee to access the Employee Assistance Program if needed.<br><br>• notify the employee that additional occasions will result in administrative action up to and including dismissal.<br><br>The written warning must be signed by the employee or his/her Union steward and a copy must be directed to the Human Resources Division for inclusion in the employee's personnel file. |
| 3 | Ninth Occasion or More | The supervisor shall review the circumstances to determine appropriateness of administrative action.<br><br>If after review and evaluation the supervisor determines that further administrative action is warranted, the supervisor shall:<br><br>• advise the employee of his/her right to union representation. If the employee declines representation, he/she must sign a statement to confirm having waived that right.<br><br>• issue a **second written warning** stating that Nine Occasions is grounds for an Unsatisfactory service rating.<br><br>• notify the employee that additional occasions will result in a referral to the Human Resource Division for administrative action up to and including dismissal. |
| 4 | Failure to maintain a satisfactory attendance record beyond the first Unsatisfactory service rating. | Supervisor shall consult with Human Resources Division to refer for administrative action up to and including dismissal. |

9

## TARDINESS

### DEFINITIONS:

<u>TARDINESS</u> - Reporting for duty later than scheduled.

<u>EXCUSED TARDINESS</u> - Tardiness which results from unusual or unexpected inclement weather conditions or mass transit delays may be considered excused tardiness. Refer to collective bargaining agreements regarding inclement weather and lateness due to hazardous driving conditions.

<u>FREQUENT TARDINESS</u> - Three or more occurrences of tardiness within any thirty (30) calendar day period. An employee who is frequently tardy shall be subject to administrative action up to and including dismissal.

<u>TIMESHEET CODING</u> - Employees who have not been issued a written warning or who are not on a Medical Certificate requirement may elect to use earned leave balances such as PL or V for tardiness of 30 minutes or more. Once the third occurrence is reached within a 30 calendar day period, notice will be given that all future tardiness instances will be coded as leave without pay and coded as LT. <u>All</u> instances of tardiness, including lateness of less than 30 minutes, shall be recorded by the supervisor and used to determine if a pattern exists.

# TARDINESS

## EMPLOYEE RESPONSIBILITIES:

**On-going Attention**  It is the responsibility of each employee to report to work as scheduled. Employees are expected to report to work on time, to adhere to the time periods established for break and lunch time and to remain at their work stations until the regular quitting time.

Each employee is responsible for making allowances for delays which can be reasonably anticipated and should not assume that excused lateness will be granted.

**Notification**  Whenever possible, as soon as an employee becomes aware of the inability to report or return to work at the scheduled time, he/she must contact the immediate supervisor or designee so that accommodations can be made to cover for the delay.

In the event of a tardy occasion, immediately upon late arrival to work the employee should report directly to his/her supervisor or designee so that the time can be noted and the reasons discussed and documented.

**Sign-In**  When required, employees must sign-in in accordance with the established practice of the unit.