# TARDINESS

## SUPERVISOR RESPONSIBILITIES:

**Notification**

Supervisors are responsible for advising their employees of the Agency's guidelines and procedures regarding tardiness. Each supervisor must identify a designee to record the employee's information covering their tardiness in the event the supervisor is unavailable. Employees should be notified as to the individual designated for this purpose.

**On-going Attention**

Upon each occasion of tardiness, the supervisor shall speak to the employee regarding his/her tardiness, review the parameters of the Agency's tardiness guidelines and indicate the need for improvement. In making a determination as to how to treat late arrivals to work, the circumstance and reason given should be taken into consideration. These sessions should be documented not only for the supervisor's records but to reinforce the expectations for improvement to the employee. Supervisors are responsible for keeping their managers informed regarding tardiness issues.

**Sign-In**

For the purpose of monitoring tardiness, supervisors may establish or continue the practice of a sign-in procedure which meets the needs of the unit.

* P-3B Bargaining Unit Members:

The P-3B contract allows a 15 minute "grace period" with respect to starting and ending work times provided that each employee accounts for 7 hours of work or approved chargeable leave for that day. (Refer to Side Letter for Flextime and 4-Day Workweek).

12

## STANDARDS FOR TARDINESS REVIEW

The supervisor shall review each employee's tardiness record to ensure minimizing loss of time and disruption to the work unit.

Tardiness review shall occur as follows:

| Stage | Level of Tardiness | Corrective Action |
|---|---|---|
| 1 | First Occurrence | Although not mandatory at these stages, the employee has the option of having union representation.<br><br>Supervisor shall meet with the employee and discuss the reason for tardiness. Supervisor's file will be noted. |
| 2 | Second Occurrence | The supervisor shall:<br><br>• meet with the employee to discuss any contributing problems and corrective remedies. Depending upon the reasons for the tardiness, the appropriate remedy may be to explore alternative duty assignments or modified work schedules. The determination as to the appropriate course of action will be made while taking the operational needs of the work unit into consideration.<br><br>*Prior to making a determination as to the appropriate accommodation, supervisor shall discuss the options with his/her manager. |
| 3 | Third Occurrence Within 30 Calendar Days | The supervisor shall:<br><br>• advise the employee of his/her right to union representation. If the employee waives union representation, a signed statement shall be obtained waiving this right.<br><br>• conduct a formal counselling session with the employee to review the circumstances.<br><br>Employees considered to be frequently tardy will be issued a written warning stating that this is the third occurrence within 30 calendar days. (Refer to appropriate form.)<br><br>The supervisor shall:<br><br>• advise employee that further instances of tardiness within 45 calendar days beginning on the date of the third occurrence will subject the employee to administrative action up to and including dismissal.<br><br>• advise employee that the document will be placed in the personnel file. |
| 4 | Tardy Occurrences Within the 45-Day Improvement Period | Occurrences of tardiness within the 45 day improvement period may be grounds for a less than satisfactory Service Rating and a referral to the Human Resources Division for review regarding further administrative action up to and including dismissal. |

**TARDINESS**

**Improvement**    An employee deemed frequently tardy who exhibits no occurrences of tardiness for 45 calendar days from the last instance of tardiness will revert back to Stage 1 of the corrective action process.

## A NOTE ABOUT SERVICE RATINGS

In reviewing an employee's attendance and tardiness record for preparation of the service rating, the supervisor shall consider the entire service rating period. Periods of significant improvement should be recognized and noted.

If the first service rating results in an Unsatisfactory rating in attendance, the employee's failure to correct the attendance or tardiness problem will result in a second Unsatisfactory service rating which is considered grounds for dismissal from State service.

## DEPARTMENT OF SOCIAL SERVICES

## <u>ATTENDANCE REVIEW FORM</u>

Employee Name:_____    Date of Interview: _____

Bargaining Unit/Classification:_____

Length of State Service:_____

Review Period: _____

Number of occasions*: _____    Number of days of absence:_____

Any unauthorized leave?    _____    Describe: _____

Any long-term absences?    _____    Describe: _____

Any "patterned" absences?    _____    Describe: _____

Employee's explanation for absences:_____

_____

Has the employee's absenteeism exceeded levels in department guidelines?

    a)   During the preceding review period? _____

    b)   Prior to that?_____

Has the employee taken any steps to improve attendance? _____ What steps? _____

List any previous counseling that has occurred: _____

List any warnings or disciplinary actions which have occurred:_____

Has an Employees' Assistance Program been discussed? _____

List any additional factors you feel should be considered: _____

What action do you recommend?  Why? _____

*Exclude sick leave taken for death in immediate family and funerals.*

_____    _____    _____
Supervisor's Signature                  Date                     Submitted To

15

Occasion # 5

## Subject: INFORMAL COUNSELING - ATTENDANCE

In reviewing your attendance record from _____ to _____, it is noted that you have had _____ occasions of unscheduled absence. You are reminded that employees are to meet the employee attendance requirements outlined in the Department's Attendance and Tardiness Guidelines.

This will serve as a record of an informal counseling session. As part of this counseling you are being provided with a copy of the Attendance and Tardiness Guidelines for your review.


_____          _____
      Supervisor/Date                                          Employee/Date

Unscheduled Absences Reviewed:
                                            _____ / _____ / _____

                                            _____ / _____ / _____

                                            _____ / _____ / _____

                                            _____ / _____ / _____

                                            _____ / _____ / _____

Occasion # 7

## WARNING LETTER - ATTENDANCE

A review of your attendance record shows that you have had _____ occasions of unscheduled absence since _____. You have been informally counseled on _____ regarding your attendance. Since you have failed to improve in this area, this letter serves as a warning that subsequent unscheduled absences prior to the end of the Service Rating period will subject you to further administrative action.

You are again being provided with a copy of the Department's Attendance and Tardiness Guidelines.

If you are experiencing problems which are affecting your attendance or work performance, you are strongly advised to access the Department of Social Services - Employee Assistance Program by contacting the Affirmative Action Division at (860) 424-5040.


_____          _____
Supervisor/Date                         Employee/Date

Unscheduled Absences Reviewed:       ____/___/___

                                     ____/___/___


pc:    Original to Employee
       Division Director    or
       Regional Administrator
       Manager
       Supervisor
       Personnel Officer
       Personnel File

17

Occasion # 9

## SECOND WARNING LETTER - ATTENDANCE

A review of your attendance record indicates that you have had _____ occasions of unscheduled absence since _____. You have been informally counseled on _____ and formally counseled on _____ regarding your attendance. Since you have failed to improve in this area, this letter serves as a warning that subsequent unscheduled absences prior to the end of the Service Rating period will result in an Unsatisfactory Service Rating.

Should you receive two consecutive Unsatisfactory Service Ratings within a two year period, you will be subject to dismissal from State Service. You are again being provided with a copy of the Department's Attendance and Tardiness Guidelines.

If you are experiencing problems which are affecting your attendance or work performance, you are strongly advised to access the Department of Social Services - Employee Assistance Program by contacting the Affirmative Action Division at (860) 424-5040.

_____          _____
        Supervisor/Date                              Employee/Date

Unscheduled Absences Reviewed:          _____ / ___ / _____

                                        _____ / ___ / _____

_____
_____
_____
_____
_____
_____

         Original to Employee
cc:      Division Director   · or
         Regional Administrator
         Manager
         Supervisor
         Personnel Officer
         Personnel File

## NOTICE OF UNAUTHORIZED LEAVE

EMPLOYEE: _____

DATE: _____

On _____, you were regularly scheduled to work. You did not report for duty nor did you notify us of your inability to report for duty.

You have an obligation to report to work when scheduled. You must report your inability to work to a supervisor or designee in a timely manner. Failure to do so has an adverse effect on the Department and will not be allowed.

You will not receive pay for _____. Please note, further instances of unauthorized absence may result in disciplinary action.

If you are experiencing personal problems which may be negatively affecting your attendance or work performance, you may wish to seek assistance through the Department of Social Services - Employee Assistance Program by contacting the Affirmative Action Division at (860) 424-5040.

_____          _____
Supervisor/Date                                         Employee/Date

cc:     Original to Employee
        Division Director     or
        Regional Administrator
        Manager
        Supervisor
        Personnel Officer
        Personnel File

*The Human Resources Division should be consulted prior to issuing any communications regarding Unauthorized Leave.*

19

**STATE OF CONNECTICUT**
**DEPARTMENT OF SOCIAL SERVICES**

**COMMENDATION**

Dear_____:

I would like to commend you on your excellent attendance record, as you have had no occasions of absence in the past six month period. Your conscientious and loyal efforts in the area of attendance reflect favorably upon your total work performance. Employees, such as yourself, with an outstanding attendance record enable the Department of Social Services to be responsive and efficient in providing essential services to our clients and the public.

A copy of this letter will be placed in your personnel file.

Very truly yours,

Supervisor

cc:     Division Director or
        Regional Administrator
        Personnel File
        Manager

20

## FORMAL WRITTEN WARNING - TARDINESS

TO:_____

FROM:_____

Please be advised that your tardiness has become a serious problem in your overall work performance. You have three (3) occurrences during a thirty (30) day calendar period beginning on the date of the initial tardiness. The tardy occurrences were as follows:

| Date | Shift/Lunch/Break | Amount of Time Charged | |
|------|-------------------|-------------|---|
| 1. | | / | hrs./minutes |
| 2. | | / | hrs./minutes |
| 3. | | / | hrs./minutes |

Your tardiness record indicates a definite need for improvement and will be subject to continuing review. It is our hope that you make every effort to improve your record.

In accordance with the Attendance and Tardiness Guidelines as set forth by this Agency, continued occurrences of tardiness within a 45 calendar day period beginning on the day of the third occurrence shall be subject to administrative action up to and including dismissal.

If there are specific problems regarding your tardiness record, please bring them to my attention. If you are experiencing any personal problems which might be negatively affecting your ability to maintain an acceptable attendance record, you may seek assistance through the Department of Social Services Employee Assistance Program, by contacting the Affirmative Action Division at (860) 424-5040.

_____          _____
        Supervisor/Date                        Employee/Date

cc:     Original to Employee
        Division Director
        Regional Administrator
        Manager
        Supervisor
        Personnel Officer
        Personnel File

21