reached within the thirty (30) day period, the State reserves the right to implement its last proposal.

Any employee whose workweek is to be changed from a standard workweek to such newly established nonstandard or unscheduled workweek, or from a nonstandard or unscheduled workweek to a standard workweek, shall be given at least two (2) weeks notice of the change.

**Section Two.** Upon request of an employee and by mutual agreement between the employee and an appropriate management designee, the employee's work schedule may be rearranged to accommodate needs in such areas as child care, family care, medical requirements, transportation or participation in an educational program.

**Section Three.** The State reserves the right to establish work schedules at variance with Section One above in order to meet emergency needs such as a fuel emergency. Prior to implementing such an alternative work schedule, the State shall notify the Union. A period of thirty (30) days shall be allowed for discussion and good faith negotiation with the Union over the proposed schedule change(s). If no agreement is reached within the thirty (30) day period, the State reserves the right to implement its last proposal.

In addition, the State and the Union shall cooperate in developing experimental programs to determine the feasibility of establishing alternative work schedules such as flextime. Implementation of such experimental programs shall be by mutual agreement between the State and the Union.

**Section Four.** Meal Periods. Meal periods shall be scheduled close to the middle of a shift consistent with the operating needs of the agency.

1 hour Lunch
choices 12-1
12:30-1:30
1-2 — explained must go on time & return on time with

P2 Bargaining Unit Contract
7-1-99 to 6-30-02

Employees who are required to supervise inmates/clients or patients during meal periods shall have such time counted as work time.

**Section Five.** Subject to the operating needs of the agency, employees will be granted rest periods of fifteen (15) minutes in each half shift. Said rest periods shall be scheduled to meet the needs of the Employer and shall ordinarily be scheduled in the middle portion of each half shift. 10-11 A.M. / 2:30-3:30 P.M. approx

Notwithstanding the above provisions, such rest periods will be granted in a manner which will guarantee no break in service to the clientele served by the work location. There may be temporary emergency situations requiring the employees' constant presence in the work situation where the rest period cannot be granted. Notwithstanding the above, the employee shall not waive his/her right to grieve where a pattern of denial of rest periods over a period of time can be shown.

## ARTICLE 18
## OVERTIME

**Section One.** **(a)** The provisions of this Section shall be interpreted consistent with Section 5-245 except when specifically provided otherwise.

**(b)** The State will continue to pay overtime to eligible employees at the straight time rate for hours over thirty-five (35) but under forty (40), and at time-and-one-half for hours worked over forty (40), except as provided otherwise in Section 5-245 for employees on rotating shifts and unscheduled positions and classes and except for averaging schedules approved by the Commissioner of Administrative Services. Except as provided below, the payment of straight time for overtime hours worked over thirty-five (35) but under forty (40) shall not be used as a basis for extending the regular

Copy to Tiana 10/18/01
& explained cannot combine break with lunch or use to come in late

EXHIBIT NO. 21
Armstrong v. DSS
3:02CV2264 (AVC)