EXHIBIT NO. 22

# State of Connecticut Department of Social Services

## EAP

# Employee Assistance Program



The Department of Social Services Employee Assistance Program is provided by Family Services Woodfield

Services are offered at Locations throughout the state. For the office closest to your work or home, please call:

**EAP Hotline:
(800) 544-1496
(800) 833-6885 TTY**

### About FAMILY SERVICES WOODFIELD...

FAMILY SERVICES WOODFIELD (FSW) is a human services agency with a long history of providing assistance to individuals and families. FSW is committed to the idea that healthy families are the cornerstone of a healthy society. This belief guides the Agency to develop and deliver quality programs and services that support the well-being and self-sufficiency of individuals and families as well as the strengthening and growth of communities.

*Accredited by the Council on Accreditation of Services for Families and Children, Inc.; Member of the Alliance for Children and Families; Member Connecticut Council of Family Service Agencies; Member of the United Way of Eastern Fairfield County; Chartered by the Connecticut General Assembly in 1849.*



This publication is available in alternative formats upon request.

EAP services are available to company employees and their family members. Individuals may use the service at no charge for up to three visits per year. Additional visits, if agreed to by the client and counselor, will be billed to the client and/or appropriate insurance company.

# Employee Assistance Program



## Confidentiality

The EAP is ABSOLUTELY confidential. Information obtained by Family Services Woodfield is not available to anyone in an EAP member's company without that employee's written permission. No one in the company can obtain a list of names of employees taking advantage of the service. Privacy and the confidentiality of records are guaranteed.

## When to use the EAP

Employees are encouraged to seek help through the EAP when they are having problems which they are unable to resolve on their own. While these can be work-related problems, problems of a personal nature can also be addressed via the EAP.

The best time to seek help is before the problem elevates to a crisis level.

## How to use the EAP

There are two ways an employee or family member can be referred to the EAP:

**Self Referral**: For direct access, employees or family members can call Family Services Woodfield to schedule an appointment. By identifying themselves as an EAP member, prompt services will be arranged.

**Supervisory Referral**: Supervisors may also suggest use of the EAP as a means of addressing personal difficulties that affect job performance. (Use of the EAP is always a personal decision.)

The EAP Hotline can be reached at (800) 593-0381. EAP members will be given an appointment within 48 hours of the call to FSW; emergencies will be given priority service and will receive immediate attention.

---

## EAP Hotline 800-593-0381

### What is an EAP?

The Employee Assistance Program (EAP) is a voluntary program which can help employees and their family members obtain professional support in dealing with personal, emotional, family, or health problems.

The EAP is designed to assist people who are facing such complex issues as marital crises, drug or alcohol dependency, single parenting, stress, financial uncertainty, or emotional distress.

Sometimes people can effectively deal with these kinds of problems on their own. But when the problems are particularly serious and professional help is needed, locating assistance can be difficult. Also, a person "in crisis" may be unable to find help of the most appropriate kind.

EAP makes help readily accessible. Family Services Woodfield (FSW), the provider of EAP services, guarantees that each employee/family member will be given an appointment within 48 hours.

A confidential interview will be scheduled with a professional who can assess the problem and recommend a course of action. In many cases, a session or two is all that is needed. Other times, continued counseling at FSW may provide the best resolution to the problem. In some instances, a specialized service may be recommended.