(CS, TA, MS) Meeting w/ Diana Armstrong          10/05/01

CS — informal counsel. — 5 occ
re-issued att policy, discussed highlights, proc for calling in
provided letter — 5 occ ——— Diana signed; EAP info provided & discussed

MS/CS discussed importance of attendance
# of occasions
understands policy & her responsblts
Diana said understood, would not happen again
asked if anything else to discuss —
Diana said — another matter — wanted to talk to MS alc
CS left

TA/MS — Diana asked if she would be eligible for more $ — CC position; said hired at SST level — all others in CW (exc Debra Cole) at CCT level
MS referred her to HR — S Anderson

10/18/01    TA approached MS — wanted to meet re some concern
can't discuss w/ sup — no reason given as to why
(Mon said MS SW would understd) ?

Started 08/17/01 TA said to date had not been provided instruction re
sett. up mailbox for phone
TA said learn email at CORE — not instructed by
TA said cks info given by sup. w/ other wrkers &
CS told her opposite what was taught in
CORE re IRS
MS suggested T approach CS & address concerns —
said did but got no answer — MS stre.

Armstrong v. DSS
3:02 CV 2264 (AVC)
EXHIBIT NO. 23

importance of maintain. open cmmnctn lines — sup role very critical — suggested T continue to work on it

T respnd/ others have same probs w/ CS — M said can respnd to those issues, again suggstd that T attemp to have honest discussion w/ CS

T asked how movement is made to other areas in agency M queried — like what other areas — T said oth positions — M respnd/ that generally emps get a few years in w/ the agency, learn progs, prio. to moving — T thanked M & left