

# STATE OF CONNECTICUT
### DEPARTMENT OF SOCIAL SERVICES
3580 MAIN STREET • HARTFORD, CONNECTICUT 06120-1187

TO: Rudolph Jones
Director of Human Resources

FROM: Lisa Owens
Personnel Officer
North Central Region

SUBJECT: Tiana Armstrong
Failure of Working Test Period

DATE: October 29, 2001

---

The above-named employee was hired by the North Central Region – Hartford office as a Social Services Trainee/Eligibility Services Worker effective August 17, 2001.

Enclosed please find an interim Service Rating completed by the employee's immediate supervisor, Carol Scherer. The Service Rating specifically outlines deficiencies in Ms. Armstrong's attendance for an overall rating of Unsatisfactory. As outlined in the service rating, the supervisor has taken immediate action to counsel the employee in the area of attendance, however, no improvement has been noted to date.

Based on the serious nature of the employee's absenteeism as well as the Unsatisfactory Service Rating, we recommend that Ms. Armstrong be dropped during her working test period immediately.

Please contact me at 723-1007 to discuss further action.

Enclosure

Pc: Silvana M. Flattery, Regional Administrator
Elizabeth Aiken, Ass't. Director of Human Resources
Michele Farieri, Field Operations Manager
Jeanne M. Anderson, Principal Personnel Officer
Michael Carey, Principal Personnel Officer
File

*Armstrong v. DSS*
*3:02CV2264 (AVC)*

An Equal Opportunity / Affirmative Action Employer
Printed on Recycled or Recovered Paper

EXHIBIT NO. 24