

# STATE OF CONNECTICUT
### DEPARTMENT OF SOCIAL SERVICES
3580 MAIN STREET • HARTFORD, CONNECTICUT 06120-1187

November 5, 2001

Ms. Tiana Armstrong
6 Alford Drive
Windsor, CT  06095

Dear Ms. Armstrong:

This is to inform you that you are being separated from State service for failure to complete your initial probationary period. The effective date of your separation from employment is November 5, 2001, close of business.

You have been issued a service rating dated October 26, 2001 which indicates less than satisfactory performance.

Please be advised that you have the right to an administrative review of the facts concerning your separation. You have thirty (30) days from the date of this letter to submit your request to Rudolph Jones, Director of Human Resources, at 25 Sigourney Street, Hartford, CT  06106. If you do not submit such a request within thirty (30) days, it will constitute a waiver of your rights to an administrative review.

Sincerely,

Lisa L. Owens
Personnel Officer

Pc:   Patricia Wilson-Coker, Commissioner
      Silvana M. Flattery, Regional Administrator
      Rudolph Jones, Director of Human Resources
      Irene Mason, Affirmative Action Director
      Michele Farieri, Field Operations Manager
      Jeanne Anderson, Principal Personnel Officer
      James French, AFSCME Service Representative
      Shirley Williamson, President, AFSCME (Local 714)
      Personnel File

_____  AFSCME Acknowledged _____
Tiana Armstrong      Date                          Date

Armstrong v. DSS
3:02CV2264 (AVC)

An Equal Opportunity / Affirmative Action Employer
Printed on Recycled or Recovered Paper    EXHIBIT NO. 25