

# STATE OF CONNECTICUT
*DEPARTMENT OF SOCIAL SERVICES*

3580 MAIN STREET • HARTFORD, CONNECTICUT 06120-1187

<u>HAND DELIVERED</u>

August 4, 2000

Ms. Heather Schorr
54 Auldwood Road
Stamford, CT 06902

Dear Ms. Schorr:

This is to inform you that you are being separated from State service for failure to complete your initial probationary period. The effective date of your separation from employment is August 4, 2000, close of business.

You have been issued a service rating dated August 2, 2000 which indicates less than satisfactory performance.

Please be advised that you have the right to an administrative review of the facts concerning your separation. You have thirty (30) days from the date of this letter to submit your request to Mr. Rudolph Jones, Director of Human Resources, at 25 Sigourney Street, Hartford, CT 06106. If you do not submit such a request within thirty (30) days, it will constitute a waiver of your rights to an administrative review.

Sincerely,

Lisa L. Owens
Personnel Officer

Pc:   Patricia A. Wilson-Coker, Commissioner
      Silvana M. Flattery, Regional Administrator
      Rudolph Jones, Director of Human Resources
      Irene Mason, Affirmative Action Director
      Beverly Miller, Field Operations Manager
      James French, AFSCME Service Representative
      Shirley Williamson, President, AFSCME (Local 714)
      Personnel File

_____  _____   Acknowledged: _____  _____
Heather Schorr           Date                                              Date

Armstrong v. DSS
3'02cv2264 (AVC)

EXHIBIT NO. 26

An Equal Opportunity / Affirmative Action Employer
Printed on Recycled or Recovered Paper