FRI 08:43 FAX 860 823 5102          MEDICAL AND SUPPORT



# STATE OF CONNECTICUT
### DEPARTMENT OF SOCIAL SERVICES
#### UNCAS ON THAMES CAMPUS
401 WEST THAMES STREET, UNIT 102 • NORWICH, CONNECTICUT 06360-7167

June 30, 2000

Ms. Elizabeth Ethier
517 Woodland Street
South Glastonbury, CT 06073

Dear Ms. Ethier:

    This is to inform you that you are being separated from State service for failure to complete your Connecticut Careers Trainee training period satisfactorily. The effective date of your separation from employment is July 14, 2000, close of business. You will be retained on the payroll through that date in order that you be provided with the required two-week notice. Effective immediately you should no longer report to work.

    You have been issued a service rating dated September 27, 1999 which indicated less than satisfactory performance. You have also been notified of your lack of progress as a trainee on January 5, 2000, February 24, 2000, April 13, 2000, and May 19, 2000; and your training period has been extended accordingly for six additional months. Your performance at this point continues to be unsatisfactory.

    Please be advised that you have the right to an administrative review of the facts concerning your separation. You have thirty (30) days from the date of this letter to submit your request to Mr. Rudolph Jones, Director of Human Resources, at 25 Sigourney Street, Hartford, CT 06106. If you do not submit such a request within thirty days it will constitute a waiver of your right to an administrative review.

                                     Sincerely,

                                     John F. Malmros
                                     Personnel Officer

cc:   Patricia Wilson-Coker, Commissioner
       Ronald DeLuca, Regional Administrator
       Rudolph Jones, Director of Human Resources
       Kathryn Talbot, Field Manager
       Irene Mason, Affirmative Action Director
       James French, AFSCME Service Representative
       Shirley Williamson, President, AFSCME P-2/714
       Personnel file

                                   Acknowledged:_____

                                   Date:_____

*Armstrong v. DSS*
*3:02cv2264 (AVC)*

An Equal Opportunity / Affirmative Action Employer
Printed on Recycled or Recovered Paper   EXHIBIT NO. 27