

# STATE OF CONNECTICUT
### DEPARTMENT OF SOCIAL SERVICES
25 SIGOURNEY STREET • HARTFORD, CONNECTICUT 06106-5033

March 27, 2002

**HAND DELIVERED**

Stephen Dunnrowicz
147 Carriage Drive
Manchester, CT 06040

Dear Mr. Dunnrowicz:

This letter is to notify you that you are being separated from state service for unsatisfactory performance during your Working Test Period.

You were given a verbal warning on 02/08/02 regarding the need to improve your performance. You were also made aware that failure to do so could result in termination of employment. Your deficiencies were pointed out and ways to improve were suggested and recommended. Since then, there has been no observable improvement in your performance.

The effective date of your separation is the close of business on Wednesday, April 10, 2002. However, effective immediately you are no longer to report to the worksite.

As a probationary employee being separated during your initial working test period, you may request a conference (Sperl conference) with the Agency Director of Human Resources, Mr. Rudolph Jones. At this conference you may request reconsideration of the decision to separate you from state service and present any information you believe should be considered in evaluating your request. If you wish, you may be accompanied by a union representative who may observe and advise you. You are responsible for any necessary arrangements with the union.

Armstrong v. DSS
3:02CV2264 (AVC)
EXHIBIT NO. 28

Dunnrowicz, Stephen
Page Two

If you wish to reschedule a reconsideration conference with Mr. Jones, a written request must be submitted within 20 calendar days to:

                Mr. Rudolph Jones
                Director of Human Resources
                Department of Social Services
                State of Connecticut
                25 Sigourney Street
                Hartford, CT 06106-5033
                Telephone: (860) 424-5060

                        Sincerely,

                        Maria L. Taylor
                        Personnel Officer

cc: Patricia A. Wilson-Coker, Commissioner
    Michael Starkowski, Deputy Commissioner
    Rita M. Pacheco, Deputy Commissioner
    David Parrella, Director, Medical Care Administration
    Rose Ciarcia, Director, Medical Administration
    Rudolph Jones, Director, Human Resources
    Elizabeth Aiken, Assistant Director of Human Resources
    Michael Winkler, President A& R
    Personnel File