# STATE OF CONNECTICUT
### DEPARTMENT OF SOCIAL SERVICES

25 SIGOURNEY STREET • HARTFORD, CONNECTICUT 06106-5033

April 11, 2002

**HAND DELIVERED**

Richard H. Jennings
54 Pond Street
New Haven, CT 06511

Dear Mr. Jennings:

This letter is to notify you that you are being separated from state service for unsatisfactory performance during your Working Test Period.

You were given written warnings dated 02/01/02 and 03/01/02 regarding the need to improve your performance. Your direct supervisor and/or the acting director of your division also met with you on several occasions, including on 02/05/02 and 02/20/02, to discuss issues related to your job performance. In the written communications and in these meetings the specific areas in which you were exhibiting performance deficiencies were pointed out to you and the importance of the need for you to begin to demonstrate improvement in the very near future was emphasized. You also were made aware that if your performance did not improve substantially it could result in the termination of your employment. In the weeks since then, your performance has not improved to the degree necessary for it to be rated satisfactory.

The effective date of your separation from state service is the close of business on Thursday, April 25, 2002. This also is the date through which you will be paid at your current salary rate. Please note, however, that effective immediately you are no longer to report to the worksite.

As a probationary employee being separated during your initial working test period, you may, if you wish to do so, request a conference with the Agency's Director of Human Resources, Mr. Rudolph Jones. This type of meeting is referred to formally as a Sperl conference. At this Sperl conference you may request reconsideration of the decision to separate you from state service and present any information you believe should be considered in evaluating your request. You also may elect to have a union representative, who may observe the proceedings and advise you, accompany you to this Sperl conference. If you choose to request a Sperl conference and also would like to have a union representative present, you are responsible personally for contacting your bargaining unit and making any necessary arrangements.

An Equal Opportunity / Affirmative Action Employer
Printed on Recycled or Recovered Paper

*Armstrong v. DSS*
*3:02CV2264 (AVC)*

EXHIBIT NO. 29

Jennings, Richard H.
Page Two

If you wish to schedule a Sperl conference with Mr. Jones, a written request must be submitted within 20 calendar days of today's date to:

> Mr. Rudolph Jones
> Director of Human Resources
> Department of Social Services
> State of Connecticut
> 25 Sigourney Street
> Hartford, CT 06106-5033
> Telephone: (860) 424-5060

Sincerely,

Melvin A. Jackson
Personnel Officer

cc: Patricia A. Wilson-Coker, Commissioner
Michael Starkowski, Deputy Commissioner
Richard Dudek, Acting Director, Management Information Systems
Terrence Hayes, DP Technical Analyst IV
Rudolph Jones, Director, Human Resources
Elizabeth Aiken, Assistant Director of Human Resources
Wanda Smith, President, Administrative Clerical Bargaining Unit
Personnel File