

# STATE OF CONNECTICUT
### DEPARTMENT OF SOCIAL SERVICES
25 SIGOURNEY STREET • HARTFORD, CONNECTICUT 06106-5033

**CERTIFIED/REGULAR MAIL**

July 26, 2001

Ms. Holly Genovese
15 Tomlinson Avenue
Plainville, CT 06062

Dear Ms. Genovese:

This is to inform you that you are being separated from State service during your Initial Working Test Period.

On July 10, 2001, you met with your manager and a Union Representative regarding your Working Test Period status. During that meeting, it was explained that your Working Test Period was being extended for three months to allow you the opportunity to demonstrate a satisfactory level of workplace interaction, particularly with your supervisor.

As of July 19, 2001, you have stopped coming to work. You had been calling in sick. Your sick leave was exhausted as of July 25, 2001, and no further absence has been authorized. You have indicated that you are aware that the current absence is unexcused.

The effective date of your separation is August 9, 2001, close of business. You will be retained on the payroll through that date in order that you be provided with a two-week notice. Effective immediately, you should no longer report to work.

Please be advised that you have the right to an administrative review of this separation. You have thirty (30) days from the date of this letter to submit your request for such a review to my attention, at 25 Sigourney Street, Hartford, CT 06106. If you choose to exercise this right, the Agency will schedule a conference during which you may present any information you believe should be considered in evaluating your request for reconsideration. If you wish, you may be accompanied by a Union Representative; you are responsible for any necessary arrangements with the Union. If you do not submit a request for review within thirty (30) days, it will constitute a waiver of your right to an administrative review.

Sincerely,

Rudolph Jones
Director of Human Resources

Cc: James Wietrak, Director of Program Integrity
Jessica Stevens, Staff Representative, District 1199
Michael Carey, Principal Personnel Officer
Personnel File

An Equal Opportunity / Affirmative Action Employer
Printed on Recycled or Recovered Paper

Armstrong v. DSS
3:02 cv 2264 (AVC)

EXHIBIT NO. 30