**MEDICAL CERTIFICATE**
Form P-33A - Employee (Revised 06/00)

**State of Connecticut**
**Department of Administrative Services**
Human Resources Business...
165 Capitol Avenue, Hartford...

*Must be submitted within 30 days of foreseeable leave, if leave is covered by FMLA.*

OCT 29 2001

3580 MAIN STREET
HARTFORD 06120

| | |
|---|---|
| **AGENCY INSTRUCTIONS** | This medical certificate is to be used by an employee who is or will be absent for health reasons including the birth of a child. It shall be given to the employee or sent directly to his physician or practitioner. The name of the person and the address of the agency to which this certificate is to be returned shall be inserted in the space provided. The PHYSICIAN OR PRACTITIONER will generally return the filled out certificate to the agency head or authorized representative. Fill in employee's name, position and address below. |

**AGENCY FILL IN**

AGENCY HEAD OR REPRESENTATIVE: Silvana M. Flattery, Regional Administrator
AGENCY NAME: Dept. of Social Services
AGENCY ADDRESS (No. and Street): 3580 Main Street
(City or Town): Hartford
(State): Connecticut
(ZIP Code): 06120-1187

EMPLOYEE'S NAME: Tiana Armstrong
EMPLOYEE'S POSITION: Eligibility Unit – Family Support Worker
DEPARTMENT: Dept. of Social Services
ADDRESS (No. and Street): 3580 Main Street
(City or Town): Hartford
(State): CT

**CONDITIONS GOVERNING ISSUANCE**

No sick leave, federal FMLA, state family/medical leave (C.G.S. 5-248a), special leave with pay in excess of five (5) days, or leave as otherwise prescribed by contract, shall be granted state employees unless supported by a medical certificate filed with, and acceptable to, the appointing authority. The period of incapacity (including, in the case of pregnancy, the period of time before and after birth when the employee is unable for medical reasons to perform the requirements of her job) must be reported with a description of the nature of the incapacity entered under (2) and/or (7).

**TO BE FILLED IN BY ATTENDING PHYSICIAN OR PRACTITIONER** (Please print legibly.)

(1) Pages 3-4 of this form describe what is meant by a "serious health condition"/"serious illness" under federal FMLA and state family/medical leave (C.G.S. 5-248a). Does the patient's condition qualify under any of the categories described? *(Please be sure to refer to pp. 3 and 4 for specific definitions.)* __yes__ *(fill in "yes" or "no")* If yes, please check the appropriate category:

___ Hospital Care
___ Absence plus treatment
___ Pregnancy
✓ Chronic conditions requiring treatments
___ Permanent/long-term conditions requiring supervision
___ Multiple treatments (non-chronic conditions)
___ None of the above

(2) If this absence is for an FMLA qualifying reason, describe the medical facts that support your certification, including a brief statement as to how the medical facts meet the criteria of one of the categories on pages 3-4. If this absence is not for an FMLA qualifying reason, describe the medical facts that support your certification of the employee's medical condition and incapacity from work. If additional space is needed, continue remarks under Section (7).

*This form must be executed by a physician or practitioner whose method of healing is recognized by the State, except where otherwise indicated.*

Migraine headaches, disabling with decreased concentration, general ill feeling

(3) (a) Answer the following:
1. The approximate date the condition commenced. __April 1998__
2. The probable duration of the condition. __Indefinite__
3. The probable duration of the patient's present incapacity (if different from (3)(a) 2. above).
4. The date of the employee's most recent examination __10/12/01__

(b) Will it be necessary for the employee to take work only intermittently or on a reduced schedule as a result of the condition (including for treatment described in Item (4) below)?
__yes__ *(fill in "yes" or "no")*

If yes, give the probable duration and frequency. __1-2 days at the time 1-2 times per months__
*(fill in no. of months or days, etc.)*

EXHIBIT NO. 33
Armstrong v. DSS 3:02CV2264 (AVC)

continued on reverse    1

<table>
<tr><td rowspan="8">TO BE<br>FILLED IN BY<br>ATTENDING<br>PHYSICIAN<br>OR<br>PRACTITIONER<br>(Please print legibly.)</td><td></td></tr>
</table>

(c) If condition is a "chronic condition" (as checked off under Section (1)) or pregnancy, state whether the patient is presently incapacitated and the likely duration and frequency of episodes of incapacity:
  ✓ Patient ____ is __✓__ is not presently incapacitated. (check one)
  ✓ duration of episodes of incapacity = __1-2 days__ (hours or days, etc.)
  ✓ frequency of episodes of incapacity = __1-3X/month__ (no. of times per week or month, etc.)

(4) (a) If additional treatments will be required for the condition and/or the patient will be absent from work or other daily activities because of treatment on an intermittent or part-time basis, provide:
  ____ an estimate of the probable number of such treatments. _____
  ____ an estimate of the probable interval between such treatments. _____
  ____ actual or estimated dates of treatment, if known. _____
  ____ period required for recovery, if any. _____

(b) If any of these treatments will be provided by another provider of health services (e.g., physical therapist), please state the nature of the treatment and period of time covered.

(c) If a regimen of continuing treatment by the patient is required under your supervision, provide a general description of such regiment (e.g., prescription drugs, physical therapy requiring special equipment). __prescription drugs__

(5) (a) During the period of incapacity, is the employee unable to perform work of any kind? __Yes__
  (fill in "yes" or "no")

(b) If able to perform some work, is the employee unable to perform any one or more of the essential functions of the employee's job (If FMLA leave or if relevant, a job specification is enclosed for your convenience)? _____
  (fill in "yes" or "no")
  If yes, elaborate. _____

(c) If neither (4)(a) or (4)(b) applies, is it necessary for the employee to be absent from work for treatment? _____
  (fill in "yes" or "no")

(6) The employee will be able to return to ☑ regular or ☐ selective work on _____ (date).
  If selective work, explain under number (7) below.

(7) Additional remarks:
__She post followup 08/31/01; 09/17/01; 09/26/01;__
__10/28/01; 10/26/01__

(Left margin stamp: STATE OF CONNECTICUT DEPT. OF SOCIAL SERVICES   OCT 29 2001   3580 MAIN STREET HARTFORD, CT 06120)

NAME OF PHYSICIAN OR PRACTITIONER (please type or print)
__Irina Bulai MD.__

ADDRESS (No. and Street) __705 Bloomfield Ave.__   (City or Town) __Bloomfield__   (State) __CT__   (ZIP Code) __06002__

SIGNED (Physician or Practitioner) __Irina Bulai MD__   DATE __10/12/01__   TELEPHONE __(860) 243-8709__

2