# DAS

## AGENCY RESPONSE
## TO EMPLOYEE REQUEST FOR LEAVE OF ABSENCE UNDER THE FEDERAL FAMILY AND MEDICAL LEAVE ACT (FMLA)
### AND/OR
### STATE C.G.S. 5-248a (Family and medical leave from employment)
*(To be completed by the Human Resources Unit)*

Under Federal FMLA, employees are entitled to take up to 12 weeks of unpaid leave in a 12-month period provided they meet eligibility and reason-for-leave requirements. Additionally, permanent state employees have an entitlement of up to 24-weeks family/medical leave in a two-year period. You may be eligible for leave under one or the other law, or under both. Depending upon several factors, if you are eligible under both and the reason for leave qualifies under both laws, the leave may count simultaneously towards both entitlements. Upon return from leave, you will be reinstated to the same or equivalent position.

**Employee Name:** Tiana Armstrong

On *(date of request)* 10-29-01, you notified us of your need to take family/medical leave due to:

_____ birth of your child; _____ your adoption of a child; _____ foster child placement *(Federal FMLA only)*
__X__ your own serious health condition/serious illness
_____ a serious health condition/serious illness affecting your _____ spouse _____ child _____ parent

**Employee Spouse** *(check one)*: Your spouse _____ works/ _____ does not work for the State.
If yes, list agency _____. He/she _____ will/ _____ will not be taking leave for the same purpose?

**Disposition of Request** *(check one)*:
**(1) Denied**
__X__ Your request for leave under the Federal FMLA and/or State family/medical leave [C.G.S. 5-248a] has **not** been approved because you are ineligible for federal FMLA because you have not worked 1250 hours over the previous 12 months.

**(2) Approved** *(One or both may apply)*
_____ Your request for leave under the federal FMLA has been approved, and will be counted against your annual entitlement, as follows: _____
_____

_____ Your request for leave under state family/medical leave [C.G.S. 5-248a] has been approved as follows:
_____
_____

**(3) Preliminarily Approved**
_____ Your request for leave under Federal FMLA and/or State family/medical leave [C.G.S. 5-248a] has been **preliminarily approved** pending receipt of the following documentation.

**Documentation Requirement** *(check, if applicable)*:
You will be required to provide the following documentation by _____ (date). Failure to do so may result in a delay in the onset of your leave (if not already begun) or a rescission of the approval for this leave:
_____ **Form P-33A**—Employee (for employee's own "serious health condition" [includes pregnancy]) or **Form P-33B**—Caregiver (where employee is needed to provide care for a spouse, child, parent with a "serious health condition.")
_____ In the case of adoption, a letter from the adoption agency establishing the date of the adoption.
_____ In the case of placement of a foster child with you *(federal only)*, a letter from the state establishing placement date.
_____ **FormHR-3**, "Intent to Return to Work" *(Required only if leave falls under C.G.S. 5-248a)*.

**Use of Accrued Leave** *(check one)*: *(Note: Once you have exhausted accrued time (as specified by you), the remainder of your leave will be unpaid. Sick leave can only be used for leaves due to an employee's own serious health condition.)*
_____ Your absence is due to your *pregnancy*. The "disability" portion of your pregnancy will be charged to any accrued sick leave. Once you have exhausted your sick leave, you may use personal leave, vacation accrued time or unpaid leave. Once you have completed the "disability" portion of your pregnancy (i.e., you been certified as able to perform the requirements of your job by your attending physician), you may not use accrued sick leave. You may, however, as above, use personal leave and/or vacation accrued time for the balance of your leave. You have elected to use:

1

EXHIBIT NO. 34
Armstrong v. DSS, 3:02 CV 2264 (AVC)

_____    /__/ all your personal leave and vacation leave balances, OR
/__/ _____ days/hours of personal leave and _____ days/hours of vacation leave.

_____    Your absence is to provide care for a child that has been placed with you through _adoption_ (State and federal) or through _foster care_ (Federal FMLA only) and you have elected to use:
/__/ all your personal leave and vacation leave balances, OR
/__/ _____ days/hours of personal leave and _____ days/hours of vacation leave.

_____    Your absence is for _your own_ "serious health condition"/"serious illness" and will be charged to your sick leave until such leave has been exhausted. Once your sick leave is exhausted you have elected to use:
/__/ all your personal leave and vacation leave balances, OR
/__/ _____ days/hours of personal leave and _____ days/hours of vacation leave.

_____    Your absence is to provide care for a _spouse, child or parent_ with a "serious health condition" and after you have used _____ _(fill in number)_ "sick family" days you have elected to use:
/__/ all your personal leave and vacation leave balances, OR
/__/ _____ days/hours of personal leave and _____ days/hours of vacation leave.

_____    You have no sick leave balance and you have not elected to use personal leave or vacation leave accruals. Your absence will be without pay.

**Periodic Reports**
While on leave, _(check one)_ you _____ will/ _____ will not be required to furnish us with periodic reports every _(indicate interval of periodic reports)_ _____ of your status and intent to return to work. [See C.F.R. Sec. 825.309]

**Return to Work Documentation Requirement:**
_____    _(check one)_ You _____ will/ _____ will not be required to return page 4 of the Medical Certificate (Form P-33A) certifying your fitness for duty prior to being restored to employment. If such certification is required but not received, your return to work may be delayed until the agency is in receipt of the certification.

**Key Employee Designation** _(federal FMLA only)(check one or both)_:
_____    _(check one)_ You _____ are/ _____ are not considered a "Key Employee" as described in C.F.R. Sec. 825.218. If you are a "key employee," restoration to employment may be denied following FMLA leave on the grounds that such restoration will cause substantial and grievous economic injury to us.

_____    If you are a "key employee," _(check one)_ we _____ have/ _____ have not determined that restoring you to employment at the conclusion of FMLA leave will cause substantial and grievous economic harm to us. [See C.F.R. 825.819]

**Benefits:**
During your paid and/or unpaid family/medical leave, there will be no change in your existing benefits. The State will continue to pay the same portion of your individual and dependents' health coverage as it did prior to the leave. While on unpaid leave, however, you will be billed directly by _____ for your portion of the cost. Federal FMLA provides employees on FMLA a minimum 30-day grace period in which to make premium payments. If payment is not made timely, federal law allows the state to cancel group health insurance, provided it notifies you in writing at least 15 days before the date that your health coverage will lapse, or, at the state's option, it may pay your share of the premiums during federal FMLA leave, and recover these payments from you upon your return to work.

_(check one)_ We _____ will/ _____ will not pay your share of health insurance premiums while you are on leave.

If you have state-sponsored group life insurance, _____ will bill you at the same rate you were paying prior to the leave. If you are having other deductions taken from your paycheck (e.g., disability insurance, BSL life insurance, credit union loans, deferred compensation) you should contact the vendor directly to discuss payment options.

**Service Credit:**
Unless otherwise specified in your labor contract, leaves of absence without pay are deducted from service credit for longevity purposes. You should also consult your contract's seniority article for information on whether the time spent on unpaid leave is creditable toward general or layoff seniority.

TO BE COMPLETED BY HUMAN RESOURCES UNIT

_____Lisa Owens_____                    _____Oct. 31, 2001_____
(Human Resources Unit Head)                                (Date)

2