# CONTRACT

## *BETWEEN*

# STATE OF CONNECTICUT

*AND*

# AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES

## SOCIAL AND HUMAN SERVICES (P-2) BARGAINING UNIT

### EFFECTIVE JULY 1, 1999    EXPIRING JUNE 30, 2002

Armstrong v. DSS
3:02cv 2264 (AVC)
EXHIBIT NO. 35

## ARTICLE 11
### WORKING TEST PERIOD

**Section One.**   The Working Test Period shall be deemed an extension of the examination process.  Therefore, a determination of unsatisfactory performance during a Working Test Period shall be tantamount to a failure of the competitive examination.

**Section Two.**   The working test period for classes covered by this Agreement which were established by the Personnel Commissioner under Section 5-230 C.G.S. and in force on the effective date of this Agreement shall remain in force for the life of this Agreement. The working test period for Social Worker Trainees and Social Workers assigned to the DCF shall begin after the successful completion of the Training Academy, but shall not exceed ten (10) months from the date of appointment, or date of hire.

**Section Three.**   The Working Test Period may, with the approval of the Commissioner of Administrative Services, be extended on an individual basis for a definite period of time not to exceed three (3) months.

**Section Four.**   **(a)**   Any employee who is promoted within an agency and who fails a promotional working test period shall be returned to the position from which he/she was promoted.

**(b)**   Any employee who fails a promotional working test period shall be returned to the agency in which he/she was employed immediately prior to his/her promotion and in the following priority order (1) returned to a vacancy in the same class; (2) returned to a vacancy in a comparable class; (3) returned to a vacancy in any other position the employee is qualified to fill or (4) have his/her name placed on the reemployment list.

18

(c) An employee who voluntarily accepts an equal or lesser position within the bargaining unit and fails the working test period in the new position shall be returned to his/her former position except in a situation whereby the employee has been involuntarily demoted.

(d) Dismissal during or at the end of the initial working test period shall not be grievable or arbitrable.

(e) Any permanent employee who fails a promotional working test period may appeal, to Step III of the grievance procedure, alleging patent unfairness of the working test period due to evaluator bias or variance from the pertinent job specification. The Employer's decision at Step III shall be final.

### ARTICLE 12
### SENIORITY

**Section One.** Except as provided in Article 13, Section Two, seniority shall be defined as an employee's length of uninterrupted State service and shall include the following: all paid leave, including Worker's Compensation leave, provided that the employee returns to work immediately following the leave; military leave granted in accordance with Section 5-255c or 27-33 of the C.G.S. or with Article 26 of this Agreement and prior war service; unpaid medical leave of absence following exhaustion of sick leave, for up to nine (9) months for any employee who has at least one (1) year of service provided that the employee returns to work immediately following the leave; up to one (1) year of any period of continuous layoff if the employee is reemployed within three (3) years; nondisability maternity or parental leave of up to six (6) months.

Any change in seniority computation resulting from changes in the contract must be initiated by an employee, and shall apply prospectively effective upon the date of contract approval.

19