# SERVICE RATING

### Sec. 5-237-1.  Service rating

(a) The appointing authority shall cause a service rating report to be filed on the form prescribed by the Commissioner of Administrative Services in the following instances and at the following times:

    (1) During any working test period, either promotional or original, the quality of service of any employee shall be reported as either: "good" or better for satisfactory or better performance and the form shall be on file in the office of the appointing authority not more than six nor less than two weeks prior to the termination of the period; or less than "good" for fair or unsatisfactory performance and the report shall be approved by the appointing authority and filed with the office of the Commissioner of Administrative Services;

    (2) When the performance of an employee with permanent status has been less than "good," in order to preclude an annual salary increase, the report shall be approved by the appointing authority and filed in the office of the Commissioner prior to the employee's increase date;

    (3) When the appointing authority wishes to amend a previously submitted fair or unsatisfactory report due to the marked improvement in an employee's performance, such report shall be filed with the office of the Commissioner of Administrative Services not later than two weeks prior to the increase date and if acceptable to the Commissioner it shall have precedence over previous reports and shall restore the annual increase;

    (4) Annually for each permanent employee, said annual rating to be filed in the office of the appointing authority at least three months prior to the employee's annual increase date; or

    (5) At such other times as the appointing authority deems that the quality of service of an employee should be recorded.

(a) All service ratings are to be discussed with the employee by the employee's immediate supervisor.  The employee shall be asked to sign such report as a confirmation that he has seen the form and discussed it with the supervisor.  Such signature shall not be construed to indicate agreement or approval of the rating by the employee.

(b) A service rating report indicating unsatisfactory service or performance less than "good" shall state in detail the reason therefor.  A copy of such report shall be furnished to the employee.

(c) Any report of less than "good" shall be considered in determining demotion or dismissal as provided for by these regulations.  In no event shall any such report made two or more years prior to any demotion or dismissal be considered.

(Effective January 18, 1984)

36

Armstrong v. DSS
3:02cv2264 (AVC)

EXHIBIT NO. 36