employee's performance for the purpose of preparing service ratings.

**Section Five.** Upon separation or retirement from service, information from an employee's personnel file shall not be released to prospective employers without written authorization from the former employee.

## ARTICLE 9
### SERVICE RATINGS

**Section One.** The annual service rating shall be completed at such time as the appointing authority shall determine and otherwise comply with Regulation 5-237-1.

**Section Two.** A service rating shall be conducted by a management designee who is familiar with the employee's work. If the rater does not have frequent contact with the employee, the immediate supervisor(s) who has frequent contact with the employee and who has the responsibility for the employee's work will be consulted in preparation of the service rating.

**Section Three.** A rating of unsatisfactory in one (1) category or a fair in two (2) categories shall constitute a rating of less than good. When an employee is rated unsatisfactory in any category, the rating supervisor shall state the reasons, and if practicable, suggestions for improvement. All service ratings of "less than good" must be discussed with the employee at an informal meeting to be scheduled by the rating supervisor, normally within seven (7) days after the employee has seen and initialed the report.

For the purpose of deciding eligibility for an annual increment, a single unsatisfactory rating or two (2) category ratings of fair may be considered grounds for denial of such a step.

Only disputes over "less than good" overall service ratings may be subject to the grievance and arbitration procedure. If an

EXHIBIT NO. 37
Armstrong v. DSS
3:02 CV 2264 (AVC)

employee receives ratings of fair in a given category on two (2) consecutive service ratings, the employee may grieve the second rating. In any arbitration, the arbitrator shall not substitute his/her judgment for that of the evaluator in applying relevant evaluation standards unless the evaluator can be shown to have acted arbitrarily or capriciously. Service ratings during the initial working test period are not subject to the grievance and arbitration procedure.

**Section Four.** No supervisor shall make comments within a service rating where such comments are inconsistent with the rating. However, constructive suggestions for improvement shall not be inconsistent with the rating.

No comments will be added to the service rating after it has been signed by the employee.

All employees covered by the agreement shall be given copies of their completed service ratings.

There shall be a uniform service rating report form for all employees covered by the agreement.

## ARTICLE 10
### TRAINING

**Section One.** The Employer recognizes its responsibility to provide relevant training for each new employee and continue on-the-job training.

**Section Two.** A joint statewide committee comprised of representatives of the Union and the Employer shall be established to make recommendations concerning the development and expansion of employee training programs. The committee shall, in making its recommendations, take into account the limits of available resources and shall also consider the needs and desires of employees in this unit with respect to training. Management retains the right to determine training needs, programs and procedures and to select employees for

16