**For PER 301 Forms**

The following information is needed to complete the form that ensures that you are placed on our payroll. Please complete all of the questions accurately and return the form immediately to the Department of Social Services Human Resources Division.

The personal information requested here is being collected for use for our federal and state affirmative action reporting requirements and will be kept confidential to the full extent allowed by the law. The data will not be used for any other purposes.

1. Name: **Armstrong**, **Tiana**, **T.**
   Last, First, Middle Initial

2. Address: **6 Alford Drive**
   Street, P.O. Box, or Rural Route
   **Windsor**, **CT.**, **06095**
   City, State, Zip Code

3. Social Security Number: **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**   Home Phone: **860-688-0331**

4. Birth Date: **10 5 76**   Place of Birth: (City, State) **Hartford, CT.**

5. Have you worked in Connecticut State Service before?   (circle one) YES **NO**

   If yes, list all Agencies worked for: Last Agency worked:_____ From:_____ To:_____
   Previous Agency:_____ From:_____ To:_____
   From:_____ To:_____
   From:_____ To:_____

   Were you a student worker or graduate assistant at a University/College operated by the State of Connecticut? (circle one) YES **NO**

   If yes, list school name:_____ From:_____ To:_____

   If you worked for another Agency or CT University or College, employee number (if known): **#649488 Not previous work but currently**

6. Do you presently hold a State job other than this one?   (circle one) YES **NO**

7. Are you a veteran under the following definition?   (circle one) YES **NO**

   Any person who has been honorably discharged or released under honorable conditions from active service in the Armed Forces of the United States and who has performed such service in time of war [War services date: 12/7/41 to 12/31/46; 06/27/50 to 01/31/55; 12/22/61 to 07/01/75; 09/29/82 to 03/30/84; 10/25/83 to 12/15/83; 02/01/87 to 07/23/87; 12/20/89 to 01/31/90; 08/2/90 to 6/30/94].

8. What is your sex?   (circle one) MALE **FEMALE**

9. Are you a United States Citizen?   (circle one) **YES** NO

10. Are you disabled using the following definition?   (circle one) YES **NO**

    Do you have a physical or mental impairment that substantially limits one or more of your major life activities such as walking; seeing; hearing; speaking; breathing; learning; working; caring for oneself; or performing manual tasks?

11. What is your race:
    (circle one) White **Black** Hispanic Asian or Pacific Islander American Indian or Alaskan Native

Signature: *[signed] Tiana Armstrong*

Information below to be completed by Human Resources Division only:

Job Title:_____   Position #_____

Date Started:_____   Location:_____

**EXHIBIT NO. 38**
Armstrong v. DSS
3:02CV2264 (AVC)

Per301form.doc   Rev. 03/00