**CONNECTICUT COMMISSION
ON HUMAN RIGHTS AND OPPORTUNITIES**

TIANA ARMSTRONG
    Complainant                          : CHRO No. 0210456

vs.                                                     : EEOC No. 16AA201141

STATE OF CONNECTICUT,
DEPARMENT OF SOCIAL SERVICES
    Respondent                          : April 29, 2002

**AFFIDAVIT OF ILLEGAL DISCRIMINATORY PRACTICE**

My name is Tiana Armstrong and I reside at 6 Alford Dr., Windsor, CT 06095. The Respondent, State of Connecticut, Department of Social Services, has offices located at 3580 Main Street, Hartford, Connecticut 06120-1187.

I have been discriminated against in terms and conditions of employment on November 5, 2001 and believe that my disability, race, and retaliation for having complained of race discrimination, are factors in Respondent's actions. Respondent has violated the following: Conn. Gen Stat. 46a-60 et seq. and Title VII of the Civil Rights Act of 1964, as amended by the Civil Rights Act of 1991, 42 U.S.C. 2000e et seq.

I provide the following particulars:

1. I, Tiana Armstrong, am the complainant herein. I am an African American female. I suffer from a disability, specifically, I have migraine headaches.

2. The Respondent, State of Connecticut, Department of Social Services ("DSS") employs more than 15 people.

3. I was hired as a Social Services Trainee (SST) with a targeted classification of Eligibility Services Worker. My first day of work was August 17, 2001. I have a Bachelor of Arts Degree.

4. From September 24, 2001 through October 12, 2001, I received CORE Training, that is, Curricula for Orientation, Reinforcement and Enrichment training. At that time I learned that nonminority employees with the same targeted classification as I were being paid as Connecticut Careers Trainees (CCT) at a higher rate of pay and with a

shorter training period. Only myself and a Hispanic individual were classifed as SSTs, despite holding degrees. According to the the job posting, candidates in possession of a bachelor's or master's degree should be hired as CCTs.

5. I should have been hired as a CCT as I have a Bachelor's Degree. When I brought this to the attention of Human Resources, I was told that myself and the other minority employee previously classified as SSTs would be reclassified as CCTs and be given retroactive pay to our date of hire. I never received the retroactive pay or the reclassification.

6. I was out of work due to migraine headaches on August 31, 2001, September 17, 2001, and September 26, 2001.

7. On October 5, 2001, following my complaint to Human Resources about my classification as an SST, I was called into a meeting and counseled on my attendance. I was not advised in advance that this meeting would occur, nor was I given the opportunity to have a union representative present. Present at the meeting were my supervisor, Carol Scherer, and Michele Farieri, Field Operations Manager.

8. On October 12, 2001, I had my doctor complete a medical certificate as provided by the Respondent in order to verify the status and existence of my chronic medical condition. I was absent again on October 25-26, 2001 due to a migraine.

9. On November 5, 2001, after Respondent received my medical certificate, which indicated that I suffer from migraine headaches, I was terminated. At the time of my termination, I was handed a less than satisfactory performance review dated October 26, 2001, focusing on my attendance. This review contained many false statements, and I refused to sign it.

10. Respondent did not follow either the Collective Bargaining Agreement or the Time and Attendance Policy in terminating my employment due to attendance. Upon information and belief, I have been replaced by a white female.

For the foregoing reasons, I believe Respondents have discriminated against me because of my race, in retaliation for complaining of discrimination, and because of my disability.

FORM 103

**IMPORTANT: YOU MUST OBTAIN A NOTARIZATION OF YOUR COMPLAINT BEFORE YOU RETURN**

I request the Connecticut Commission on Human Rights and Opportunities investigate my complaint, secure for me my rights as guaranteed to me under the above cited laws and secure for me any remedy to which I may be entitled.

__Tiana Armstrong__ being duly sworn, on oath, states that she or he is the Complainant herein; that she or he has read the foregoing complaint and knows the content thereof; that the same is true of her or his own knowledge, except as to the matter herein stated on information and belief and that as to these matters she or he believes the same to be true.

Dated at __Manchester__, Connecticut this __29th__ day of __April__, 20__02__.

_____
Complainant's Signature

Subscribed and sworn to before me this __28th__ day of __April__, 20__02__.

__Barbara E. Hart__
Notary Public/Commissioner of the Superior Court
Barbara E. Gardner

~~My commission expires:~~ _____



RECEIVED
APR 30 2002
COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES
CAPITOL REGION

Form 103                                                                 Revised 1/1/96