UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TIANA ARMSTRONG,<br>Plaintiff | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 302CV2264 (AVC) |
| | : | |
| STATE OF CONNECTICUT,<br>DEPARTMENT OF SOCIAL<br>SERVICES et al., | : | |
| Defendants | : | August 17, 2004 |

**MOTION FOR EXTENSION OF TIME TO
OPPOSE DEFENDANT'S SUMMARY JUDGMENT MOTION**

Plaintiff Tiana Armstrong, pursuant to Local Rule 7(b), respectfully requests an extension of time of thirty days until September 25, 2004 in which to respond to Defendant's Motion for Summary Judgment.

Plaintiff's counsel was on vacation for two weeks in August when the Motion for Summary Judgment was filed. Plaintiff has a supplementary Opposition to Motion for Summary Judgment due on September 15, 2004 in another case (. Counsel has begun preparing the Opposition to the Motion in this case. Due to the numerous depositions to be reviewed and the legal issues raised by the Motion, plaintiff's counsel needs additional time to respond to the Motion. For the foregoing reasons, the time limitation in question cannot reasonably be met despite the diligence of counsel.

This is the first Motion for Extension of Time to Oppose Defendant's Motion for

1

*[Handwritten margin note: August 19, 2004. SO ORDERED. GRANTED. /s/ Covello, U.S.D.J.]*