UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TIANA ARMSTRONG, : | |
|     Plaintiff : | |
| : | CIVIL ACTION NO. |
| v. : | 302CV2264 (AVC) |
| : | |
| STATE OF CONNECTICUT, : | |
| DEPARTMENT OF SOCIAL : | |
| SERVICES, ET AL. : | |
|     Defendants : | September 27, 2004 |

**AFFIDAVIT OF BARBARA E. GARDNER**

I, Barbara E. Gardner, being of full age and understanding the obligations of an oath do depose and say:

1. I am counsel for the plaintiff in this matter and make these statements based on personal knowledge.

2. Attached as Exhibit A are true and correct copies of portions of the transcript of the deposition of Tiana Armstrong taken on June 14, 2004.

3. Attached as Exhibit B are true and correct copies of the DSS Guidelines for Employee Attendance and Tardiness (Revised March 1998) provided by defendants' in discovery.

4. Attached as Exhibit C is a true and correct copy of the Affidavit of Tiana Armstrong.

5. Atached as Exhibit D is a true and correct copy of the Contract between DSS and AFSCME provided by defendants' in discsovery.

6. Attached as Exhibit E are true and correct copies of portions of the transcript of the deposition of Lisa Owens taken on June 9, 2004.

7. Attached as Exhibit F is the Interim Service Rating given to plaintiff on the date of her termination and provided by defendants' in discovery.

8. Attached as Exhibit G are true and correct copies of portions of the transcript of the deposition of Silvana Flattery taken on June 15, 2004.

9. Attached as Exhibit H are true and correct copies of portions of the transcript of the deposition of Michele Farieri taken on June 9, 2004.

10. Attached as Exhibit I is a true and correct copy of a Notes made by Carol Scherer, plaintiff's supervisor, in connection with plaintiff's attendance and provided in discovery.

11. Attached as Exhibit J are true and correct copies of portions of the transcript of the deposition of Lily Marshall taken on June 8, 2004.

12. Attached as Exhibit K are true and correct copies of portions of the transcript of the deposition of Rudolph Jones taken on June 15, 2004.

13. Attached as Exhibit L are true and correct copies of portions of the transcript of the deposition of Carol Scherer taken on June 8, 2004.

14. Attached as Exhibit M is a true and correct copy of a draft Service Rating prepared by Carol Scherer on or about October 26, 2001 and provided in discovery.

15. Attached as Exhibit N are true and correct copies of portions Plaintiff's Interrogatories and Defendants' Answers thereto under oath.

                                                              _____
                                                              Barbara E. Gardner

Subscribed and sworn to before me this 24thday of September, 2004.

                                                              _____
                                                              Commissioner of the Superior Court

**CERTIFICATION OF SERVICE**

I hereby certify that a copy of the foregoing was mailed, postage prepaid, this $^{24th}$ day of Septemberl, 2004, to:

Tammy D. Geathers
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

_____
Barbara E. Gardner