## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

TIANA ARMSTRONG,                      :
       Plaintiff                    :
                       :            CIVIL ACTION NO.
v.                                   :            302CV2264 (AVC)
                       :
STATE OF CONNECTICUT,                 :
DEPARTMENT OF SOCIAL                  :
SERVICES,                            :
       Defendant                    :            September 27, 2004

### NOTICE OF MANUAL FILING

Please take notice that Plaintiff has manually filed the following documents:

Exhibits attached to Memorandum in Opposition to Motion for Summary Judgment.

These documents have not been filed electronically because counsel does not own a scanner and is unable to convert the documents to electronic format.

The documents have been manually served on all parties.

THE PLAINTIFF, TIANA ARMSTRONG

_____
Barbara E. Gardner
CT07623
843 Main St., Suite 1-4
Manchester, CT 06040
(860)643-5543
(860)645-9554(fax)
Bg@bgardnerlaw.com

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was mailed, postage prepaid, this 27th day of September, 2004, to:

Tammy D. Geathers
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

_____
Barbara E. Gardner