UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TIANA ARMSTRONG,
    Plaintiff

v.

STATE OF CONNECTICUT,
DEPARTMENT OF SOCIAL
SERVICES,
    Defendant

CIVIL ACTION NO.
302CV2264 (AVC)

February 24, 2005

## UNCONTESTED MOTION FOR MODIFICATION OF PRETRIAL ORDER

Plaintiff, Tiana Armstrong, respectfully moves for modification of the Pretrial Order as follows: to extend the time to prepare the joint Trial Memorandum, currently due on March 1, 2005, until after the settlement conference before the Magistrate.

As grounds for this Motion, the plaintiff states that the parties requested and were granted a referral to a magistrate judge for purposes of settlement. This request was made on February 23, 2005. Counsel would prefer not to expend time and incur legal fees in preparing the Trial Memorandum until all efforts to resolve this matter have been exhausted. Therefore, plaintiff requests that the date by which the parties have to prepare and file their joint Trial Memorandum be extended until after the meeting with the Magistrate.

This is plaintiff's first request to modify the Pretrial Order. The undersigned counsel has spoken with Assistant Attorney General Tammy Geathers, counsel for defendants, who has no objection to this request.

THE PLAINTIFF, TIANA ARMSTRONG

/s/ Barbara E. Gardner
Barbara E. Gardner
CT07623
843 Main St., Suite 1-4
Manchester, CT 06040
(860)643-5543
(860)645-9554(fax)
Bg@bgardnerlaw.com

2

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was mailed, postage prepaid, this 24th day of February, 2005, to:

Tammy D. Geathers
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120


_____
Barbara E. Gardner

3