FILED

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

2005 FEB 28  A 10: 10

U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| TIANA ARMSTRONG, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:02CV2264(AVC) |
| | : | |
| STATE OF CONNECTICUT | : | |
| DEPARTMENT OF SOCIAL SERVICES, | : | |
| SILVANA FLATTERY, MICHELE | : | |
| FARIERI, CAROL SCHERER, and | : | |
| RUDOLPH JONES, | : | |
| Defendants. | : | |

### ORDER FOR REFERRAL

It is hereby ordered that the above captioned case is referred to Magistrate - Judge Thomas P. Smith for a settlement conference.  Judge Smith's Chambers will notify the parties of the date and time set for the conference.

It is so ordered this 28ᵗʰ day of February, 2005 at Hartford, Connecticut.

_____
Alfred V. Covello, U.S.D.J