UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TIANA ARMSTRONG, | : | CIVIL ACTION NO. |
|    *Plaintiff,* | : | 3:02CV2264 (AVC) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, DEPARTMENT OF SOCIAL SERVICES, ET AL., | | |
|    *Defendants.* | : | May 11, 2005 |

## DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS

1. Do you know any of the: (1) lawyers or law firms involved in this case; (2) the witnesses; (3) the parties?

2. As jurors, the court will instruct you about the law that applies to this case. Can you apply the law, not as you believe it should be or would want it to be, but only as instructed by the court, even if you personally disagree?

3. If, after hearing the evidence in this case and the Judge's instructions, you found that the defendants had not discriminated against the plaintiff, would you have any difficulty deciding in the defendant's favor, even though the plaintiff would receive no monetary award?

4. Have you or a member of your family or any close friends ever been employed by the State of Connecticut? If so, please state who was employed by the State, describe the position held, state when the position was held?

5. If you are employed, please state:

    A. the name of your employer;

    B. your job title;

    C. time you have been employed with current employer.

6. If you have a spouse who is employed, please state:

    A. the name of your spouse's employer;

    B. your spouse's job title;

    C. your spouse's time with current employer.

7. Have you or has any member of your family had any experience with any employee of the State of Connecticut which would prevent you from considering the evidence impartially and fairly?

8. Many of the witnesses in this case are employed by the State of Connecticut, specifically in the Department of Social Services. Have you or has any member of your family had a personal experience with a member or members of this department such that it would make it difficult to consider their testimony impartially and fairly?

9. Have you or has any member of your family ever been involved in what you consider to be a negative or unpleasant experience with the Department of Social Services or any employee of the Department of Social Services? If so, please explain.

10. Have you ever held a position entailing supervisory responsibility including the right to hire, promote, fire, discharge, discipline and/or reprimand employees?

11. Have you or has any close friend or relative ever brought suit against the State of Connecticut or other governmental agency?

12. This case involves allegations of discrimination based upon race. Have you or has any close friend or relative had any personal experience that would make it difficult for you to consider such claims impartially and fairly with respect to all parties?

13. Do you have any opinion about lawsuits involving claims of discrimination generally, or employment discrimination in particular?

14. Do you have strong opinions about the goals and/or philosophy of affirmative action and/or the hiring of minorities? If the answer to the foregoing question is yes, could you judge a party or witness in this case fairly and impartially if he or she does not share your opinion?

15. Have you, or any member of your family or circle of friends, ever filed a complaint or lawsuit against your/his/her employer or been involved, as a party or a witness, in a lawsuit against an employer? If the answer to the foregoing question is yes, what was the nature and circumstances of the complaint?

16. Have you, or any member of your family or circle of friends been treated unfairly by your/his/her employer because of age, race, national origin, color, gender, or any other reason? If so, please provide the details.

17. This case involves allegations defendants violated the plaintiff's constitutional rights. Have you or any close friend or relative ever been involved in any legal matter involving an alleged violation of civil rights?

18. Do you have any opinion about lawsuits alleging a violation of civil rights generally, that might affect how you would consider the evidence in this case or might influence your ability to be fair and impartial in this case?

19. Have you, or any member of your family or circle of friends ever:

   A. Been a plaintiff or defendant in a lawsuit?

   B. Been a witness in a lawsuit?

   C. Belonged to any civil rights or civil justice organization?

   If your answer is yes, please provide details and state whether this might affect your ability to judge this case fairly, and, if so, in what way?

20. Do you have any feelings for or against parties who come to court and sue for money damages?

21. Have you ever served on a jury before? If the answer is yes, please state when and what type of case?

        DEFENDANTS

        STATE OF CONNECTICUT,
        DEPARTMENT OF SOCIAL SERVICES,
        ET AL.

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

        _____

BY:   Tammy D. Geathers
        Assistant Attorney General
        55 Elm Street, P.O. 120
        Hartford, CT 06141-0120
        Tel: (860) 808-5340
        Fax: (860) 808-5383
        Federal Bar No. #ct22426
        E-Mail:tammy.geathers@po.state.ct.us

## CERTIFICATION

I hereby certify that the foregoing was mailed this 11th day of May, 2005, first class postage prepaid, to:

Barbara E. Gardner, Esq.
843 Main Street
Suite 1-4
Manchester, CT 06040
Tel.: (860) 643-5543
Fax: (860) 645-9554

_____
Tammy D. Geathers
Assistant Attorney General