UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TIANA ARMSTRONG, | : | CIVIL NO. DOCKET NUMBER |
| *Plaintiff,* | : | 3:02CV2264 (AVC) |
| V. | | |
| STATE OF CONNECTICUT, DEPARTMENT OF SOCIAL SERVICES, ET AL., | : | MAY 11, 2005 |
| *Defendants.* | | |

## PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS

1. Do you know or have you read or heard anything about this case, the Plaintiff or Defendant, or any of the lawyers?

2. Have you, or anyone else close to you, ever sued anyone or been sued by anyone else? If so, please explain.

3. Is there anyone here who would prefer not to be on a jury in a case in which a former employee is suing his former employer? If so, please explain.

4. One of Plaintiff's allegations is that she was discriminated and retaliated against because of her race and because she complained of discrimination. Is there any reason why you would have difficulty being completely neutral and fair in deciding this case if you are chosen to serve on the jury?

5. Does anyone feel for any reason that a person who believes they have been discriminated against and treated unfairly should not bring a lawsuit against his or her former employer? If so, please explain.

6. Is there anyone here that feels he or she could not follow the law on discrimination, as instructed by the Court?

7. Has anyone here ever been involved in any way with (1) a discrimination case, or (2) a case involving a claim of emotional distress? If so, please explain.

8. What is your occupation? Have you or anyone close to you ever been employed by the Defendant in this case or any company that does work for the state government?

9. Would any of you tend to give greater weight to the statements of an employer simply because it is the employer?

10. Have you or anyone else close to you ever been accused of discriminating against an employee? What happened?

11. Plaintiff alleges that she suffered emotional distress as a result of Defendant's conduct. Would any of you have difficulty awarding money damages to compensate Plaintiff for his emotional distress if the evidence and the law warrant such an award?

12. Do you or anyone close to you own a business or company? If so, have you or that other person ever been sued or had a complaint filed against you or the other person by someone who claimed he or she had been discriminated against? If so, what happened?