UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TIANA ARMSTRONG, | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:02CV2264 (AVC) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, DEPARTMENT OF SOCIAL SERVICES, SILVANA FLATTERY, MICHELE FARIERI, RUDOLPH JONES and CAROL SCHERER, | : | SEPTEMBER 22, 2005 |
| *Defendants.* | | |

## MOTION TO WITHDRAW APPEARANCE

Assistant Attorney Tammy D. Geathers requests leave of the Court to withdraw her appearance on behalf of the above defendants State of Connecticut, Department of Social Services, Silvana Flattery, Michele Farieri, Rudolph Jones and Carol Scherer, in the above-captioned matter.  In support of this motion, counsel represents as follows:  Because of a conflict that has arisen with the defendants, the matter is being re-assigned to another Assistant Attorney General.

        DEFENDANTS
        DEPARTMENT OF SOCIAL SERVICES,
        ET AL.

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

By: _____
     Tammy D. Geathers
     Assistant Attorney General
     55 Elm Street, P.O. Box 120
     Hartford, CT  06141-0120
     Tel:  (860) 808-5340
     Fax: (860) 808-5383
     Email:  tammy.geathers@po.state.ct.us
     Federal Bar No. ct22426

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing Motion to Withdraw Appearance was mailed this 22nd day of September, 2005, 1st class, postage prepaid to:

Barbara E. Gardner, Esq.
843 Main Street
Suite 1-4
Manchester, CT 06040
Tel.: (860) 643-5543
Fax: (860) 645-9554

 

                                                                                     _____
                                                                                     Tammy D. Geathers
                                                                                     Assistant Attorney General