UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TIANA ARMSTRONG, | : | CIVIL ACTION NO. |
|    *Plaintiff,* | : | 3:02CV2264 (AVC) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF SOCIAL SERVICES, | : | |
| SILVANA FLATTERY, MICHELE FARIERI, | : | |
| RUDOLPH JONES and CAROL SCHERER, | : | |
|    *Defendants.* | : | SEPTEMBER 22, 2005 |

## MOTION TO POSTPONE JURY SELECTION

The defendants, State of Connecticut, Department of Social Services, et al., respectfully requests a postponement of the jury selection for ninety (90) days in this matter currently scheduled for October 6, 2005. Because of a conflict that has arisen with the defendants, the undersigned will be withdrawing her appearance in the above-referenced matter and as a result, will necessitate that this matter be re-assigned.

The undersigned further represents that the ninety (90) days is necessary to afford the newly assigned Assistant Attorney General ample opportunity to review the abundance of documents generated in this matter, e.g., pleadings, deposition transcripts, and a host of other case related materials so that he/she will be adequately prepared for jury selection and the subsequent trial.

The undersigned further represents that she has contacted plaintiff's counsel, Attorney Barbara Gardner, and represents that although she does not consent to the undersigned's motion, she will reserve her objection.

        DEFENDANTS

        STATE OF CONNECTICUT
        DEPARTMENT OF SOCIAL
        SERVICES, ET AL.

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL


BY:_____
 Tammy D. Geathers
 Assistant Attorney General
 55 Elm Street, P.O. Box 120
 Hartford, CT  06141-0120
 Tel:  (860) 808-5340
 Fax: (860) 808-5385
 tammy.geathers@po.state.ct.us
 Federal Bar # ct 22426

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed this 22nd day of September, 2005, first class postage prepaid to:

Barbara E. Gardner, Esq.
843 Main Street
Suite 1-4
Manchester, CT  06040
Tel.: (860) 643-5543
Fax: (860) 645-9554

_____
Tammy D. Geathers
Assistant Attorney General