UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TIANA ARMSTRONG,<br>*Plaintiff* | CIVIL ACTION NO.<br>3:02CV2264 (AVC) |
| v. | |
| STATE OF CONNECTICUT,<br>DEPARTMENT OF SOCIAL SERVICES,<br>SILVANA FLATTERY, MICHELE<br>FARIERI, RUDOLPH JONES and<br>CAROL SCHERER,<br>*Defendants.* | SEPTEMBER 22, 2005 |

## MOTION TO WITHDRAW APPEARANCE

Assistant Attorney Tammy D. Geathers requests leave of the Court to withdraw her appearance on behalf of the above defendants State of Connecticut, Department of Social Services, Silvana Flattery, Michele Farieri, Rudolph Jones and Carol Scherer, in the above-captioned matter. In support of this motion, counsel represents as follows: Because of a conflict that has arisen with the defendants, the matter is being re-assigned to another Assistant Attorney General.

DEFENDANTS
DEPARTMENT OF SOCIAL SERVICES,
ET AL.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

By: _____
Tammy D. Geathers
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
Email: tammy.geathers@po.state.ct.us
Federal Bar No. ct22426

September 23, 2005. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.

02CV2264END44