**FILED**

2005 SEP 23 P 12: 11

DISTRICT COURT
HARTFORD, CT.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| TIANA ARMSTRONG, *Plaintiff*, | CIVIL ACTION NO. 3:02CV2264 (AVC) |
| v. | |
| STATE OF CONNECTICUT, DEPARTMENT OF SOCIAL SERVICES, SILVANA FLATTERY, MICHELE FARIERI, RUDOLPH JONES and CAROL SCHERER, *Defendants*. | SEPTEMBER 22, 2005 |

**MOTION TO POSTPONE JURY SELECTION**

The defendants, State of Connecticut, Department of Social Services, et al., respectfully requests a postponement of the jury selection for ninety (90) days in this matter currently scheduled for October 6, 2005. Because of a conflict that has arisen with the defendants, the undersigned will be withdrawing her appearance in the above-referenced matter and as a result, will necessitate that this matter be re-assigned.

The undersigned further represents that the ninety (90) days is necessary to afford the newly assigned Assistant Attorney General ample opportunity to review the abundance of documents generated in this matter, e.g., pleadings, deposition transcripts, and a host of other case related materials so that he/she will be adequately prepared for jury selection and the subsequent trial.

The undersigned further represents that she has contacted plaintiff's counsel, Attorney Barbara Gardner, and represents that although she does not consent to the undersigned's motion, she will reserve her objection.

*[margin annotation:]* September 23, 2005. GRANTED. The matter is continued to December 1, 2005 at 10:00 am SO ORDERED. Alfred V. Covello, U.S.D.J.