UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TIANA ARMSTRONG, | : | CIVIL ACTION NO. |
| *Plaintiff,* | : | 3:02CV2264 (AVC) |
| | : | |
| VS. | : | |
| | : | |
| STATE OF CONNECTICUT, DEPARTMENT OF SOCIAL SERVICES, SILVANA FLATTERY, MICHELE FARIERI, RUDOLPH JONES and CAROL SCHERER, | | |
| *Defendants.* | : | DECEMBER 1, 2005 |

## **APPEARANCE**

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

Please enter my appearance as attorney for the defendants, State of Connecticut, Department of Social Services, Silvana Flattery, Michele Farieri, Rudolph Jones and Carol Scherer, in the above-referenced matter, .

Dated at Hartford, Connecticut this 1st day of December, 2005.

DEFENDANTS

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Antoria D. Howard (ct17494)
Assistant Attorneys General
55 Elm Street - P. O. Box 120
Hartford, CT  06141-0120
Tel:  (860) 808-5340
Fax:  (860) 808-5383
Email: antoria.howard@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing **Appearance** was mailed this 1st day of December, 2005 to all counsel and/or pro se parties of record via first class mail, postage prepaid to:

Barbara E. Gardner, Esq.
843 Main Street
Suite 1-4
Manchester, CT  06040
Tel.: (860) 643-5543
Fax: (860) 645-9554

_____
Antoria D. Howard
Assistant Attorney General