UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TIANA ARMSTRONG<br>   *Plaintiff* | :   CIV. NO. 3:02CV2264 (AVC) |
| | : |
| v. | : |
| | |
| STATE OF CONNECTICUT,<br>DEPARTMENT OF SOCIAL SERVICES,<br>   *Defendant* | :   FEBRUARY 23, 2006 |

## **APPEARANCE**

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

Please enter my appearance, **in addition** to the appearance of Antoria Howard already on file, as counsel for the Respondent, State of Connecticut, Department of Social Services, in the above-referenced matter.

Dated at Hartford, Connecticut this 23rd day of February, 2006.

                DEFENDANT
                STATE OF CONNECTICUT,
                DEPARTMENT OF SOCIAL SERVICES

                RICHARD BLUMENTHAL
                ATTORNEY GENERAL

BY:   _____
       David C. Nelson
       Assistant Attorney General
       Fed. Bar No. ct25640
       P.O. Box 120
       Hartford, CT  06141-0120
       Tel:  (860) 808-5340
       Fax: (860) 808-5383
       Email: Davidc.Nelson@po.state.ct.us

2

## **CERTIFICATION**

  I hereby certify that a copy of the following Appearance was mailed this 23rd day of February, 2006, first class postage prepaid, to all counsel and/or pro se parties, in accordance with Rule 5(b) of the Federal Rules of Civil Procedure.

  Barbara E. Gardner, Esq.
  843 Main Street
  Suite 1-4
  Manchester, CT 06040
  Tel.: (860) 643-5543
  Fax: (860) 645-9554

                _____
                David C. Nelson
                Assistant Attorney General