# EXHIBIT A

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TIANA ARMSTRONG<br>*Plaintiff* | : | CIV. NO. 3:02CV2264 (AVC) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT,<br>DEPARTMENT OF SOCIAL SERVICES,<br>*Defendant* | : | March 3, 2007 |

### STIPULATION OF DISMISSAL

COMES NOW the plaintiff and defendant, through counsel, and pursuant to Rule 41(a) by stipulation do hereby dismiss the above case with prejudice, each party to pay its own costs and fees.

        PLAINTIFF,
        TIANA ARMSTRONG

        */s/ Barbara Gardner*
        By: Barbara Gardner (ct07623)
        834 Main Street, Suite 1-4
        Manchester, CT 06040

DEFENDANT,

By: Antoria D. Howard (ct17494)
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120

## CERTIFICATION

I hereby certify that on  *March 8, 2007*  a copy of the foregoing Stipulation of Dismissal was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Antoria D. Howard
Antoria D. Howard (# ct17494)
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Tel.: (860) 808-5340
Fax: (860) 808-5383
E-mail:
Antoria.Howard@po.state.ct.us